## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Victoire Dumont

    Plaintiff

v.                                    Case No. 07 CV 01635(JR)

ELI LILLY & CO., et. al.

    Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

Please enter the appearance of Janet K. Coleman on behalf of SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, sued herein as successor to The S.E. Massengill Company and Burroughs Wellcome Co.

    Respectfully submitted,

    /s/ Janet K. Coleman
Janet K. Coleman (497902)
WHITNEY & BOGRIS, LLP
401 Washington Avenue
12th Floor
Towson, MD 21204
(410) 583-8000
**Attorneys for GLAXOSMITHKLINE**