THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VICTORIE DUMONT**<br>214 Harrison Drive<br>Centerpoint, New York 11721<br><br>      Plaintiff,<br><br>  vs.<br><br>**ABBOTT LABORATORIES, INC.**<br>100 Abbott Park Road<br>Abbott Park, IL  60064<br>w/s/o CT CORPORATION<br>1025 Vermont Avenue, N.W.<br>Washington, D.C. 20005<br><br>and<br><br>**BURROUGHS-WELLCOME & Co.**<br>n/k/a GlaxoSmithKline, Inc.<br>1500 K Street N.W.<br>Washington, DC 20036<br><br>and<br><br>**S.E. MASSENGILL, CO.**<br>n/k/a GlaxoSmithKline, Inc.<br>1500 K Street N.W.<br>Washington, DC 20036<br><br>and<br><br>**CARNRICK LABORATORIES, INC.,**<br>n/k/a Elan Pharmaceuticals, Inc.<br>w/s/o National Registered Agents, Inc.<br>1090 Vermont Avenue, NW #910<br>Washington, DC 20005<br><br>and | CIVIL ACTION NO. 1:07-cv-01635<br><br><br><br>NOTICE OF APPEARANCE<br>on behalf of<br>DEFENDANT ELI LILLY AND<br>COMPANY |

142753v1

**DART INDUSTRIES, INC.**
p/k/a Rexall Drug Company, Inc.
w/s/o Sheila Ann Marie Moeller, Esq.
Gilbride, Tusa, Last & Spellane, LLC
31 Brookside Drive
Greenwich, CT 06836

and

**ELI LILLY AND COMPANY**
Lilly Corporate Center
Indianapolis, IN  46285
w/s/o National Registered Agents, Inc.
1090 Vermont Avenue, NW #910
Washington, DC 20005

and

**KREMERS-URBAN CO.,**
n/k/a Mequon Company
c/o Cooper, Kardaras & Scharf
40 Wall Street
New York, New York 10005-1303

and

**LANNETT CO., INC.**
c/o Fox & Rothschild
2000 Market Street
Philadelphia, PA 19103-3291

and

**MALLINCKRODT, INC.**
675 McDonnell Blvd.
St. Louis, MO 63042

and

**MERCK & COMPANY, INC.**
601 Pennsylvania Avenue, N.W.
North Building, Suite 1200
Washington, DC  20004

and

142753v1

- 3 -

**MERRELL DOW PHARMACEUTICALS, INC.**
c/o Corporation Trust Co.
820 Bear Tavern Road
West Trenton, NJ 08628

and

**McNEIL LABS, INC.**
n/k/a Ortho McNeil Pharmaceutical, Inc.
1000 Route 202 South
Raritan, NJ  08869

and

**PREMO PHARMACEUTICAL LABORATORIES, INC.**
p/k/a Lemmon Co. of N.J., Inc.
c/o Corporation Trust Co.
820 Bear Tavern Road
West Trenton, NJ 08628

and

**RHONE-POULENC RORER PHARMACEUTICALS, INC.**
p/k/a William H. Rorer, Inc.
c/o Sanofi-Aventis
55 Corporate Drive
Bridgewater, NJ 08807

and

**ROWELL LABORATORIES, INC.**
p/k/a Solvay Pharmaceuticals, Inc.
c/o T.H. Rowell, Jr., President
210 Main Street W.
Baudette, MN 56623

and

**E.R. SQUIBB & SONS, INC.**
c/o The Corporation Trust Company
1025 Vermont Avenue, N.W.
Washington, D.C. 20005

- 3 -

142753v1

- 4 -

and

**THE UPJOHN COMPANY**
c/o CT Corp. Systems
1025 Vermont Avenue, N.W.
Washington, D.C. 20005

        **Defendants.**

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of John Chadwick Coots as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated: October 8, 2007

        Respectfully submitted,

        SHOOK, HARDY & BACON, L.L.P.

        /s/ John Chadwick Coots
        John Chadwick Coots, D.C. Bar No. 461979
        Emily J. Laird, D.C. Bar No. 485890
        600 14TH Street, N.W., Suite 800
        Washington, D.C. 20005-2004
        (202) 783-8400 Telephone
        (202) 783-4211 Facsimile

        **ATTORNEY FOR DEFENDANT**
        **ELI LILLY AND COMPANY**

## **CERTIFICATE OF SERVICE**

        I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 8th day of October, 2007, which sent notification of such filing to all counsel of record listed below.

| | |
|---|---|
| Aaron M. Levine | Sidney G. Leech |
| Aaron M. Levine & Associates | Goodell, Devries, Leech & Dann, LLP |
| 1320 19th Street, N.W., Suite 500 | One South Street, Suite 2000 |
| Washington, D.C. 20036 | Baltimore, MD 21202 |
| **Attorney for Plaintiffs** | **Attorneys for E.R. Squibb & Sons, Inc.** |

        I further certify and declare that on this same date true and accurate copies of the foregoing were served upon the following parties via first-class U.S. Mail, postage prepaid.

| | |
|---|---|
| Abbott Laboratories, INC.<br>100 Abbott Park Road<br>Abbott Park, IL 60064 | Merck & Company, Inc.<br>601 Pennsylvania Avenue, N.W.<br>North Building, Suite 1200<br>Washington, DC 20004 |
| Burroughs-Wellcome & Co.<br>n/k/a GlaxoSmithKline, Inc.<br>1500 K Street N.W.<br>Washington, DC 20036 | Merrell Dow Pharmaceuticals, Inc.<br>c/o Corporation Trust Co.<br>820 Bear Tavern Road<br>West Trenton, NJ 08628 |
| S.E. Massengill, Co.<br>n/k/a GlaxoSmithKline, Inc.<br>1500 K Street N.W.<br>Washington, DC 20036 | McNeil Labs, Inc.<br>n/k/a Ortho McNeil Pharmaceutical, Inc.<br>1000 Route 202 South<br>Raritan, NJ 08869 |
| Carnrick Laboratories, Inc.,<br>n/k/a Elan Pharmaceuticals, Inc.<br>w/s/o National Registered Agents, Inc.<br>1090 Vermont Avenue, NW #910<br>Washington, DC 20005 | Premo Pharmaceutical Laboratories, Inc.<br>p/k/a Lemmon Co. of N.J., Inc.<br>c/o Corporation Trust Co.<br>820 Bear Tavern Road<br>West Trenton, NJ 08628 |
| Dart Industries, Inc.<br>p/k/a Rexall Drug Company, Inc.<br>w/s/o Sheila Ann Marie Moeller, Esq.<br>Gilbride, Tusa, Last & Spellane, LLC<br>31 Brookside Drive<br>Greenwich, CT 06836 | Rhone-Poulenc Rorer Pharmaceuticals, Inc.<br>p/k/a William H. Rorer, Inc.<br>c/o Sanofi-Aventis<br>55 Corporate Drive<br>Bridgewater, NJ 08807 |

142753v1

Case 1:07-cv-01635-JR    Document 9    Filed 10/08/2007    Page 6 of 6

- 6 -

Kremers-Urban Co.,
n/k/a Mequon Company
c/o Cooper, Kardaras & Scharf
40 Wall Street
New York, New York 10005-1303

Lannett Co., Inc.
c/o Fox & Rothschild
2000 Market Street
Philadelphia, PA 19103-3291

Mallinckrodt, Inc.
675 McDonnell Blvd.
St. Louis, MO 63042

Rowell Laboratories, Inc.
p/k/a Solvay Pharmaceuticals, Inc.
c/o T.H. Rowell, Jr., President
210 Main Street W.
Baudette, MN 56623

The Upjohn Company
c/o CT Corp. Systems
1025 Vermont Avenue, N.W.
Washington, D.C. 20005

/s/ John Chadwick Coots
**ATTORNEY FOR DEFENDANT**
**ELI LILLY AND COMPANY**

- 6 -

142753v1