THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VICTORIE DUMONT**<br>214 Harrison Drive<br>Centerpoint, New York 11721<br><br>                              Plaintiff,<br><br>              vs.<br><br>**ABBOTT LABORATORIES, INC.**<br>100 Abbott Park Road<br>Abbott Park, IL  60064<br>w/s/o CT CORPORATION<br>1025 Vermont Avenue, N.W.<br>Washington, D.C. 20005<br><br>and<br><br>**BURROUGHS-WELLCOME & Co.**<br>n/k/a GlaxoSmithKline, Inc.<br>1500 K Street N.W.<br>Washington, DC 20036<br><br>and<br><br>**S.E. MASSENGILL, CO.**<br>n/k/a GlaxoSmithKline, Inc.<br>1500 K Street N.W.<br>Washington, DC 20036<br><br>and<br><br>**CARNRICK LABORATORIES, INC.,**<br>n/k/a Elan Pharmaceuticals, Inc.<br>w/s/o National Registered Agents, Inc.<br>1090 Vermont Avenue, NW #910<br>Washington, DC 20005<br><br>and | CIVIL ACTION NO. 1:07-cv-01635<br><br><br>DEFENDANT ELI LILLY AND COMPANY'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS |

142752v1

- 2 -

**DART INDUSTRIES, INC.**
p/k/a Rexall Drug Company, Inc.
w/s/o Sheila Ann Marie Moeller, Esq.
Gilbride, Tusa, Last & Spellane, LLC
31 Brookside Drive
Greenwich, CT 06836

and

**ELI LILLY AND COMPANY**
Lilly Corporate Center
Indianapolis, IN  46285
w/s/o National Registered Agents, Inc.
1090 Vermont Avenue, NW #910
Washington, DC 20005

and

**KREMERS-URBAN CO.,**
n/k/a Mequon Company
c/o Cooper, Kardaras & Scharf
40 Wall Street
New York, New York 10005-1303

and

**LANNETT CO., INC.**
c/o Fox & Rothschild
2000 Market Street
Philadelphia, PA 19103-3291

and

**MALLINCKRODT, INC.**
675 McDonnell Blvd.
St. Louis, MO 63042

and

**MERCK & COMPANY, INC.**
601 Pennsylvania Avenue, N.W.
North Building, Suite 1200
Washington, DC  20004

and

142752v1

**MERRELL DOW PHARMACEUTICALS, INC.**
c/o Corporation Trust Co.
820 Bear Tavern Road
West Trenton, NJ 08628

and

**McNEIL LABS, INC.**
n/k/a Ortho McNeil Pharmaceutical, Inc.
1000 Route 202 South
Raritan, NJ  08869

and

**PREMO PHARMACEUTICAL LABORATORIES, INC.**
p/k/a Lemmon Co. of N.J., Inc.
c/o Corporation Trust Co.
820 Bear Tavern Road
West Trenton, NJ 08628

and

**RHONE-POULENC RORER PHARMACEUTICALS, INC.**
p/k/a William H. Rorer, Inc.
c/o Sanofi-Aventis
55 Corporate Drive
Bridgewater, NJ 08807

and

**ROWELL LABORATORIES, INC.**
p/k/a Solvay Pharmaceuticals, Inc.
c/o T.H. Rowell, Jr., President
210 Main Street W.
Baudette, MN 56623

and

**E.R. SQUIBB & SONS, INC.**
c/o The Corporation Trust Company
1025 Vermont Avenue, N.W.
Washington, D.C. 20005

142752v1

and

**THE UPJOHN COMPANY**
**c/o CT Corp. Systems**
**1025 Vermont Avenue, N.W.**
**Washington, D.C. 20005**

                **Defendants.**

### DEFENDANT ELI LILLY AND COMPANY'S DISCLOSURE
### OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

      Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

      I, the undersigned, counsel of record for Defendant Eli Lilly and Company, certify that to the best to my knowledge and belief, Eli Lilly and Company has no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

Dated: October 8, 2007

                Respectfully submitted,

                SHOOK, HARDY & BACON L.L.P.

                <u>/s/ John Chadwick Coots</u>
                Michelle R. Mangrum, D.C. Bar No. 473634
                John Chadwick Coots, D.C. Bar No. 461979
                Emily J. Laird, D.C. Bar No. 485890
                SHOOK, HARDY & BACON, L.L.P
                600 14TH Street, N.W., Suite 800
                Washington, D.C. 20005-2004
                Phone: (202) 783-8400
                Fax: (202) 783-4211

- 5 -

and

David W. Brooks
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, Missouri  64108-2613
Phone: (816) 474-6550
Fax: (816) 421-5547

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

142752v1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 8th day of October, 2007, which sent notification of such filing to all counsel of record listed below.

| | |
|---|---|
| Aaron M. Levine | Sidney G. Leech |
| Aaron M. Levine & Associates | Goodell, Devries, Leech & Dann, LLP |
| 1320 19th Street, N.W., Suite 500 | One South Street, Suite 2000 |
| Washington, D.C.  20036 | Baltimore, MD 21202 |
| **Attorney for Plaintiffs** | **Attorneys for E.R. Squibb & Sons, Inc.** |

I further certify and declare that on this same date true and accurate copies of the foregoing were served upon the following parties via first-class U.S. Mail, postage prepaid.

Abbott Laboratories, INC.
100 Abbott Park Road
Abbott Park, IL  60064

Merck & Company, Inc.
601 Pennsylvania Avenue, N.W.
North Building, Suite 1200
Washington, DC  20004

Burroughs-Wellcome & Co.
n/k/a GlaxoSmithKline, Inc.
1500 K Street N.W.
Washington, DC 20036

Merrell Dow Pharmaceuticals, Inc.
c/o Corporation Trust Co.
820 Bear Tavern Road
West Trenton, NJ 08628

S.E. Massengill, Co.
n/k/a GlaxoSmithKline, Inc.
1500 K Street N.W.
Washington, DC 20036

McNeil Labs, Inc.
n/k/a Ortho McNeil Pharmaceutical, Inc.
1000 Route 202 South
Raritan, NJ  08869

Carnrick Laboratories, Inc.,
n/k/a Elan Pharmaceuticals, Inc.
w/s/o National Registered Agents, Inc.
1090 Vermont Avenue, NW #910
Washington, DC 20005

Premo Pharmaceutical Laboratories, Inc.
p/k/a Lemmon Co. of N.J., Inc.
c/o Corporation Trust Co.
820 Bear Tavern Road
West Trenton, NJ 08628

Dart Industries, Inc.
p/k/a Rexall Drug Company, Inc.
w/s/o Sheila Ann Marie Moeller, Esq.
Gilbride, Tusa, Last & Spellane, LLC
31 Brookside Drive
Greenwich, CT 06836

Rhone-Poulenc Rorer Pharmaceuticals, Inc.
p/k/a William H. Rorer, Inc.
c/o Sanofi-Aventis
55 Corporate Drive
Bridgewater, NJ 08807

142752v1

- 7 -

Kremers-Urban Co.,
n/k/a Mequon Company
c/o Cooper, Kardaras & Scharf
40 Wall Street
New York, New York 10005-1303

Lannett Co., Inc.
c/o Fox & Rothschild
2000 Market Street
Philadelphia, PA 19103-3291

Mallinckrodt, Inc.
675 McDonnell Blvd.
St. Louis, MO 63042

Rowell Laboratories, Inc.
p/k/a Solvay Pharmaceuticals, Inc.
c/o T.H. Rowell, Jr., President
210 Main Street W.
Baudette, MN 56623

The Upjohn Company
c/o CT Corp. Systems
1025 Vermont Avenue, N.W.
Washington, D.C. 20005

/s/ John Chadwick Coots
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**