IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VICTORIE DUMONT,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**ABBOTT LABORATORIES, INC., et. al.,** )<br>)<br>**Defendants**. )<br>)<br>) | **CIVIL ACTION No. 1:07-cv-01635** |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Michelle R. Mangrum as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated:  October 9, 2007                           Respectfully Submitted,

                                                                SHOOK, HARDY & BACON, L.L.P.

                                                                 /s/ Michelle R. Mangrum
                                                                Michelle R. Mangrum, DC Bar No. 473634
                                                                600 14th Street, N.W., Suite 800
                                                                Washington, D.C. 20005-2004
                                                                (202) 783-8400 Telephone
                                                                (202) 783-4211 Facsimile

                                                                **ATTORNEYS FOR DEFENDANT**
                                                                **ELI LILLY AND COMPANY**

142806v1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 9th day of October, 2007, which sent notification of such filing to all counsel of record listed below.

| | |
|---|---|
| Aaron M. Levine | Sidney G. Leech |
| Aaron M. Levine & Associates | Goodell, Devries, Leech & Dann, LLP |
| 1320 19th Street, N.W., Suite 500 | One South Street, Suite 2000 |
| Washington, D.C. 20036 | Baltimore, MD 21202 |
| **Attorney for Plaintiffs** | **Attorneys for E.R. Squibb & Sons, Inc.** |

I further certify and declare that on this same date true and accurate copies of the foregoing were served upon the following parties via first-class U.S. Mail, postage prepaid.

Abbott Laboratories, INC.
100 Abbott Park Road
Abbott Park, IL 60064

Merck & Company, Inc.
601 Pennsylvania Avenue, N.W.
North Building, Suite 1200
Washington, DC 20004

Burroughs-Wellcome & Co.
n/k/a GlaxoSmithKline, Inc.
1500 K Street N.W.
Washington, DC 20036

Merrell Dow Pharmaceuticals, Inc.
c/o Corporation Trust Co.
820 Bear Tavern Road
West Trenton, NJ 08628

S.E. Massengill, Co.
n/k/a GlaxoSmithKline, Inc.
1500 K Street N.W.
Washington, DC 20036

McNeil Labs, Inc.
n/k/a Ortho McNeil Pharmaceutical, Inc.
1000 Route 202 South
Raritan, NJ 08869

Carnrick Laboratories, Inc.,
n/k/a Elan Pharmaceuticals, Inc.
w/s/o National Registered Agents, Inc.
1090 Vermont Avenue, NW #910
Washington, DC 20005

Premo Pharmaceutical Laboratories, Inc.
p/k/a Lemmon Co. of N.J., Inc.
c/o Corporation Trust Co.
820 Bear Tavern Road
West Trenton, NJ 08628

Dart Industries, Inc.
p/k/a Rexall Drug Company, Inc.
w/s/o Sheila Ann Marie Moeller, Esq.
Gilbride, Tusa, Last & Spellane, LLC
31 Brookside Drive
Greenwich, CT 06836

Rhone-Poulenc Rorer Pharmaceuticals, Inc.
p/k/a William H. Rorer, Inc.
c/o Sanofi-Aventis
55 Corporate Drive
Bridgewater, NJ 08807

142806v1

- 3 -

Kremers-Urban Co.,
n/k/a Mequon Company
c/o Cooper, Kardaras & Scharf
40 Wall Street
New York, New York 10005-1303

Lannett Co., Inc.
c/o Fox & Rothschild
2000 Market Street
Philadelphia, PA 19103-3291

Mallinckrodt, Inc.
675 McDonnell Blvd.
St. Louis, MO 63042

Rowell Laboratories, Inc.
p/k/a Solvay Pharmaceuticals, Inc.
c/o T.H. Rowell, Jr., President
210 Main Street W.
Baudette, MN 56623

The Upjohn Company
c/o CT Corp. Systems
1025 Vermont Avenue, N.W.
Washington, D.C. 20005

 /s/ Michelle R. Mangrum
**ATTORNEY FOR DEFENDANT**
**ELI LILLY AND COMPANY**

- 3 -

142806v1