IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VICTORIE DUMONT,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**ABBOTT LABORATORIES, et al.,** )<br>)<br>**Defendants**. )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION No. 1:07-cv-01635** |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Judith L. O'Grady as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated:  October 9, 2007                     Respectfully Submitted,

                                            SHOOK, HARDY & BACON, L.L.P.

                                             /s/ Judith L. O'Grady
                                            Judith L. O'Grady, DC Bar No. 494290
                                            600 14th Street, N.W., Suite 800
                                            Washington, D.C. 20005-2004
                                            (202) 783-8400 Telephone
                                            (202) 783-4211 Facsimile

                                            **ATTORNEYS FOR DEFENDANT
                                            ELI LILLY AND COMPANY**

142805v1

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 9th day of October, 2007, which sent notification of such filing to all counsel of record listed below.

| | |
|---|---|
| Aaron M. Levine | Sidney G. Leech |
| Aaron M. Levine & Associates | Goodell, Devries, Leech & Dann, LLP |
| 1320 19th Street, N.W., Suite 500 | One South Street, Suite 2000 |
| Washington, D.C. 20036 | Baltimore, MD 21202 |
| **Attorney for Plaintiffs** | **Attorneys for E.R. Squibb & Sons, Inc.** |

    I further certify and declare that on this same date true and accurate copies of the foregoing were served upon the following parties via first-class U.S. Mail, postage prepaid.

| | |
|---|---|
| Abbott Laboratories, INC.<br>100 Abbott Park Road<br>Abbott Park, IL 60064 | Merck & Company, Inc.<br>601 Pennsylvania Avenue, N.W.<br>North Building, Suite 1200<br>Washington, DC 20004 |
| Burroughs-Wellcome & Co.<br>n/k/a GlaxoSmithKline, Inc.<br>1500 K Street N.W.<br>Washington, DC 20036 | Merrell Dow Pharmaceuticals, Inc.<br>c/o Corporation Trust Co.<br>820 Bear Tavern Road<br>West Trenton, NJ 08628 |
| S.E. Massengill, Co.<br>n/k/a GlaxoSmithKline, Inc.<br>1500 K Street N.W.<br>Washington, DC 20036 | McNeil Labs, Inc.<br>n/k/a Ortho McNeil Pharmaceutical, Inc.<br>1000 Route 202 South<br>Raritan, NJ 08869 |
| Carnrick Laboratories, Inc.,<br>n/k/a Elan Pharmaceuticals, Inc.<br>w/s/o National Registered Agents, Inc.<br>1090 Vermont Avenue, NW #910<br>Washington, DC 20005 | Premo Pharmaceutical Laboratories, Inc.<br>p/k/a Lemmon Co. of N.J., Inc.<br>c/o Corporation Trust Co.<br>820 Bear Tavern Road<br>West Trenton, NJ 08628 |
| Dart Industries, Inc.<br>p/k/a Rexall Drug Company, Inc.<br>w/s/o Sheila Ann Marie Moeller, Esq.<br>Gilbride, Tusa, Last & Spellane, LLC<br>31 Brookside Drive<br>Greenwich, CT 06836 | Rhone-Poulenc Rorer Pharmaceuticals, Inc.<br>p/k/a William H. Rorer, Inc.<br>c/o Sanofi-Aventis<br>55 Corporate Drive<br>Bridgewater, NJ 08807 |

142805v1

| | |
|---|---|
| Kremers-Urban Co.,<br>n/k/a Mequon Company<br>c/o Cooper, Kardaras & Scharf<br>40 Wall Street<br>New York, New York 10005-1303 | Rowell Laboratories, Inc.<br>p/k/a Solvay Pharmaceuticals, Inc.<br>c/o T.H. Rowell, Jr., President<br>210 Main Street W.<br>Baudette, MN 56623 |
| Lannett Co., Inc.<br>c/o Fox & Rothschild<br>2000 Market Street<br>Philadelphia, PA 19103-3291 | The Upjohn Company<br>c/o CT Corp. Systems<br>1025 Vermont Avenue, N.W.<br>Washington, D.C. 20005 |
| Mallinckrodt, Inc.<br>675 McDonnell Blvd.<br>St. Louis, MO 63042 | |

/s/ Judith L. O'Grady
**ATTORNEY FOR DEFENDANT**
**ELI LILLY AND COMPANY**