IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOIRE DUMONT, )<br> )<br>     *Plaintiff,* )<br> ) Case No. 1:07CV01635<br>v. ) Judge James Robertson<br> )<br>ELI LILLY AND COMPANY, *et al.,* )<br> )<br>     *Defendants.* ) | |

**DEFENDANT ORTHO-MCNEIL PHARMACEUTICAL, INC.'S
CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Defendant Ortho-McNeil Pharmaceutical, Inc. ("Ortho-McNeil"), certify that to the best of my knowledge and belief, Ortho-McNeil has the following parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public:

- Johnson & Johnson

This representation is made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

By:   /s/ Elizabeth Ewert
Elizabeth Ewert (#479368)
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
Telephone: 202/842-8800
Telecopier: 202/842-8465

*Attorneys for Ortho-McNeil
Pharmaceutical, Inc.*

Dated:  October 9, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of October, 2007, a copy of the above and foregoing **Defendant Ortho-McNeil Pharmaceutical, Inc.'s Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Elizabeth Ewert
Elizabeth Ewert