IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOIRE DUMONT, )<br>)<br>*Plaintiffs,* )<br>)<br>v. )<br>v. )<br>)<br>ELI LILLY AND COMPANY, *et al.,* )<br>)<br>*Defendants.* ) | Case No. 1:07CV01635<br>Judge James Robertson |

### NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Elizabeth Ewert as counsel in this case for Defendant Ortho-McNeil Pharmaceutical, Inc.

I certify that the above-named counsel are admitted to practice in this Court.

                Respectfully submitted,

                By:   /s/ Elizabeth Ewert
                      Elizabeth Ewert (#479368)
                      DRINKER BIDDLE & REATH LLP
                      1500 K Street, N.W., Suite 1100
                      Washington, D.C. 20005-1209
                      Telephone: 202/842-8800
                      Telecopier: 202/842-8465
Dated: October 9, 2007        *Attorneys for Ortho-McNeil*
                      *Pharmaceutical, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of October, 2007, a copy of the above and foregoing **Defendant Ortho-McNeil Pharmaceutical, Inc.'s Notice of Appearance** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Elizabeth Ewert
Elizabeth Ewert