IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOIRE DUMONT,<br><br>        *Plaintiff*,<br><br>v.<br><br>ELI LILLY AND COMPANY, *et al.*,<br><br>        *Defendants*. | Case No. 1:07CV01635<br>Judge James Robertson |

## DEFENDANT MERCK & CO., INC.'S
## CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES

I, the undersigned, counsel of record for Defendant Merck & Co., Inc.'s ("Merck"), certify that to the best of my knowledge and belief, Merck has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

This representation is made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

By: /s/ Elizabeth Ewert
    Elizabeth Ewert (#479368)
    DRINKER BIDDLE & REATH LLP
    1500 K Street, N.W., Suite 1100
    Washington, D.C. 20005-1209
    Telephone: 202/842-8800
    Telecopier: 202/842-8465

*Attorneys for Merck & Co. Inc.*

Dated: October 9, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of October, 2007, a copy of the above and foregoing **Defendant Merck & Co., Inc.'s Certificate Required by LCvR 7.1 of the Local Rules** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Elizabeth Ewert
Elizabeth Ewert