IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOIRE DUMONT, )<br>)<br>　　　　Plaintiffs, )<br>)<br>v. )<br>v. )<br>)<br>ELI LILLY AND COMPANY, et al., )<br>)<br>　　　　Defendants. ) | Case No. 1:07CV01635<br>Judge James Robertson |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Elizabeth Ewert and Michael J. McManus as counsel in this case for Defendant Pharmacia & Upjohn Company LLC.

I certify that the above-named counsel are admitted to practice in this court.

Respectfully submitted,

By: /s/Elizabeth Ewert
　　Elizabeth Ewert (#479368)
　　Michael J. McManus (#262832)
　　DRINKER BIDDLE & REATH LLP
　　1500 K Street, N.W., Suite 1100
　　Washington, D.C. 20005-1209
　　Telephone: 202/842-8800
　　Telecopier: 202/842-8465

　　*Attorneys for Pharmacia & Upjohn Company LLC*

Dated: October 9, 2007

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of October, 2007, a copy of the above and foregoing **Notice of Appearance** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Elizabeth Ewert
Elizabeth Ewert