IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOIRE DUMONT, ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | Civil Action No.: 07-CV-01635 (JR) |
| ] | Next Event: |
| THE ABBOTT LABORATORIES, INC., et al., ] | |
| ] | |
| Defendants. ] | |

## CONSENT MOTION TO EXTEND TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT E. R. SQUIBB & SONS, INC.'S MOTION FOR A MORE DEFINITE STATMENT

COMES NOW the Plaintiff, by and through counsel, with the consent of Defendant E. R. Squibb & Sons, Inc. ("Squibb"), and moves the Court to extend the time in which Plaintiff shall file her Opposition to Defendant's Motion for a More Definite Statement until November 8, 2007, and as grounds therefore states:

1. Defendant filed its Motion for a More Definite Statement on September 27, 2007, and Plaintiff's Opposition to same would be due on October 11, 2007.

2. Defendant's Motion involves issues that may be resolved outside of the scope of motion practice. Accordingly, the parties are attempting to resolve the issue presented without the need for the Plaintiff to respond.

3. Counsel for Defendant Squibb has consented to the granting of this Motion.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order extending the time in which Plaintiff shall file her Opposition to Defendant's Motion for a More Definite Statement to November 8, 2007.

Respectfully submitted

AARON M. LEVINE & ASSOCIATES

/s/ Aaron M. Levine
AARON M. LEVINE, #7864
1320 19th Street, N.W.
Suite 500
Washington, DC 20036
202-833-8040

LAW OFFICES OF SYBIL
SHAINWALD, P.C.
111 Broadway, Suite 403
New York, NY 10006
212-425-5566
Counsel for Plaintiff

## LCvR 7.1(m) CERTIFICATION

Consent to the foregoing Motion to Extend Time to File Plaintiff's Opposition to Defendant Squibb's Motion for a More Definite Statement was granted by counsel for Defendant Squibb on October 8, 2007.

/s/ Aaron M. Levine
AARON M. LEVINE, #7864

Dated: October 10, 2007