IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VICTOIRE DUMONT,

            Plaintiffs,

v.

ELI LILLY AND COMPANY, et al.,

            Defendants.

Civil Action No. 07-CV-1635 (JR)

## DEFENDANT PREMO PHARMACEUTICAL LABORATORIES, INC.'S RULE 7.1 DISCLOSURE STATEMENT

    I, the undersigned, counsel of record for Premo Pharmaceutical Laboratories, Inc., certify that to the best of my knowledge and belief, Premo has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

    These representations are made in order that judges of this court may determine the need for Recusal.

Dated:    October 10, 2007

            Respectfully submitted,

            By:   /s/
                Sarah S. Keast (No. 493632)
                Goodwin | Procter LLP
                901 New York Ave. NW
                Washington, DC 20001
                Tel (202) 346-4000
                Fax (202) 346-4444

LIBNY/4638069.1

Of Counsel:
Christopher Garvey, Esq.
Jordan D. Weiss
Goodwin | Procter LLP
599 Lexington Avenue
New York, New York 10022
Telephone (212) 813-8800
Facsimile (212) 355-3333
Cgarvey@goodwinprocter.com
JWeiss@goodwinprocter.com