**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

VICTOIRE DUMONT,

    Plaintiff                                           *

                                                            Case No. 07 CV 01635 (JR)

v.                                                 *

ABBOTT LABORATORIES, INC., et. al.    *

    Defendants                                   *

*    *    *    *    *    *    *    *    *    *    *    *

**<u>NOTICE  OF APPEARANCE</u>**

Please enter the appearance of Janet K. Coleman on behalf of Mallinckrodt, Inc.

                                                                   Respectfully submitted,

                                                                 /s/ Janet K. Coleman
                                                 Janet K. Coleman (497902)
                                                 Whitney & Bogris, LLP
                                                 401 Washington Avenue
                                                 12th Floor
                                                 Towson, MD  21204
                                                 (410) 583-8000
                                                 **Attorneys for Mallinckrodt, Inc.**