UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| VICTOIRE DUMONT | * | |
| Plaintiffs | * | |
| vs. | * | Civil Action No.: 07-cv-01635(JR) |
| ABBOTT LABORATORIES, INC., et al. | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \*

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

The certificate require by Local Rule of Civil Procedure 26.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Lannett Company, Inc., certify to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Lannett Company, Inc. which have any outstanding securities in the hands of the public: None.

These representations are made in order that the Judges of this Court may determine the need for recusal.

/s/ Kathleen M. Bustraan
Kathleen M. Bustraan
(Bar No.: MD 24417)
Lord & Whip, P.A.
Charles Center South
36 S. Charles Street, 10th Floor
Baltimore, Maryland 21201
410 539-5881
*Attorneys for Lannett Company, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of October 2007, a copy of the aforegoing Disclosure of Corporate Affiliations and Financial Interests was mailed first class, postage pre-paid to:

Aaron M. Levine, Esquire
Aaron Levine & Associates
1320 19th Street, NW
Washington, D.C. 20036

Sybil Shainwald, Esquire
Roxanne DeFrancesco, Esquire
Law Offices of Sybil Shainwald
111 Broadway, 4th Floor
New York, New York 10006

Michelle R. Mangrum, Esquire
John Chadwick Coots, Esquire
Brandon J. Waggoner, Esquire
Shook Hardy & Bacon, LLP
600 14th Street N.W., Suite 800
Washington, D.C. 20005-2004

David W. Brooks, Esquire
Shook Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, Missouri 64109

Elizabeth Ewert, Esquire
Drinker, Biddle & Reath, LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209

John F. Anderson, Esquire
Troutman Sanders, LLP
6060 International Drive, Suite 600
Tyson's Corner
McClean, Virginia 22102

Sydney G. Leech, Esquire
Malcom S. Brisker, Esquire
Goodell, DeVries, Leech & Dann, LLP
1 South Street, 20th Floor
Baltimore, Maryland 21202

Janet Coleman, Esquire
Whitney Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, Maryland 21204

Sarah S. Keast, Esquire
Goodwin Proctor, LLP
901 New York Avenue, Suite 900
Washington, D.C. 20001

Jennifer Gardner Levy, Esquire
Kirkland & Ellis
655 15th Street, N.W.
Washington, D.C. 20005-5793

Gerry H. Tostanoski, Esquire
Tydings & Rosenberg, LLP
100 E. Pratt Street, Suite 2600
Baltimore, Maryland 21202

Kremers-Urban Company
n/k/a Mequon Company
c/o Cooper, Kardaras & Scharf
40 Wall Street
New York, New York 10005-1303

Merrell Dow Pharmaceuticals, Inc.
c/o Corporation Trust Company
820 Bear Tavern Road
West Trenton, New Jersey 08268

Rhone-Poulenc Rorer Pharmaceuticals,
Inc., p/k/a William H. Rorer, Inc.
c/o Sanofi-Aventis
55 Corporate Drive
Bridgewater, New Jersey 08807

Rowell Laboratories, Inc.
p/k/a Solvay Pharmaceuticals, Inc.
c/o T.A. Rowell, Jr., President
210 Main Street West
Baudette, Minnesota 56623

/s/ *Kathleen M. Bustraan*
Kathleen M. Bustraan

391484