UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VICTOIRE DUMONT,

    Plaintiff,

-against-

**Civil Action No.: 07-cv-01635(JR)**

THE ABBOTT LABORATORIES, BURROUGHS-WELLCOME & CO., INC., n/k/a GlaxoSmithkline, Inc., et al.

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Jaime W. Luse and Tydings & Rosenberg LLP as counsel in this case for Defendant Elan Pharmaceuticals, Inc. f/k/a Carnrick Laboratories, Inc.

I certify that the above-named attorney is admitted to practice in this Court.

Dated: October 29, 2007          Respectfully submitted,

                                    _____/s/_____

                                    Jaime W. Luse, Bar No. 501944
                                    Tydings & Rosenberg LLP
                                    100 East Pratt Street, 26th Floor
                                    Baltimore, Maryland 21202
                                    (410) 752-9700 (p)
                                    (410) 727-5460 (f)
                                    jluse@tydingslaw.com
                                    ***Attorneys for Carnrick Laboratories, Inc.***
                                    ***n/k/a Elan Pharmaceuticals, Inc.***

#739455v.1