UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VICTOIRE DUMONT,

      Plaintiff,

      -against-

THE ABBOTT LABORATORIES, BURROUGHS-WELLCOME & CO., INC., n/k/a GlaxoSmithkline, Inc., et al.

      Defendants.

Civil Action No.: 07-cv-01635(JR)

**DEFENDANT CARNRICK LABORATORIES, INC.
CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES**

I, the undersigned, counsel of record for Defendant Carnrick Laboratories, Inc. n/k/a Elan Pharmaceuticals, Inc. (referred to herein as "Carnrick Laboratories, Inc.") certify that to the best of my knowledge and belief, the following are the parent companies, subsidiaries or affiliates of Carnrick Laboratories, Inc. which have any outstanding securities in the hands of the public:

      Elan Pharmaceuticals, Inc.

This representation is made in order that judges of this court may determine the need for recusal.

Dated: October 29, 2007

                                              _____/s/_____

                                              Jaime W. Luse, Bar No. 501944
                                              Tydings & Rosenberg LLP
                                              100 East Pratt Street, 26th Floor
                                              Baltimore, Maryland 21202
                                              (410) 752-9700 (p)
                                              (410) 727-5460 (f)
                                              ***Attorneys for Carnrick Laboratories, Inc.***
                                              ***n/k/a Elan Pharmaceuticals, Inc.***

#739454v.1