UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOIRE DUMONT, | ] |
| | ] |
| Plaintiff, | ] |
| | ] Civil Action No. 07-CV-01635 (JR) |
| v. | ] |
| | ] |
| ABBOTT LABORATORIES, INC., et al., | ] **NOTICE OF MORE DEFINITE** |
| | ] **STATEMENT PURSUANT TO** |
| | ] **F.R.C.P. 12(e)** |
| Defendants. | ] |
| | ] |

___

     In response to E.R. Squibb & Sons, Inc.'s Motion for a More Definite Statement, Plaintiff Victoire Dumont, by her attorneys, Aaron M. Levine & Associates & The Law Offices of Sybil Shainwald, P.C., alleges the following:

     1.    Plaintiff, Victoire Dumont, was exposed to the drug Diethylstilbestrol ("DES"), in France.

     2.    Plaintiff, Victoire Dumont, has suffered injuries resulting from her exposure to DES and its components including, but not limited to, clear cell adenocarcinoma of the vagina and cervix.

     3.    By reason of the foregoing, Plaintiff has been damaged as against each defendant, including E. R. Squibb & Sons, Inc., in the sum of TEN MILLION DOLLARS ($10,000,000.00) in compensatory damages and TEN MILLION DOLLARS ($10,000,000.00) in punitive damages.

Respectfully submitted,
AARON M. LEVINE & ASSOCIATES
     /s/     Brandon J. Levine

| | | |
|---|---|---|
| Aaron M. Levine, #7864 | | Sybil Shainwald, Esq. |
| Brandon J. Levine, #412130 | | Roxanne DeFrancesco, Esq. |
| 1320 19th St., N.W., Suite 500 | -and- | Law Offices of Sybil Shainwald, P.C. |
| Washington, D.C. 20036 | | 111 Broadway, Suite 403 |
| (202) 833-8040 | | New York, NY 10006 |
| aaronlevinelaw@aol.com | | (212) 425-5566 |
| | | shainwaldlaw@aol.com |

Counsel for Plaintiff