UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOIRE DUMONT,  ]<br>]<br>Plaintiff,  ]<br>]<br>v.  ]<br>]<br>ABBOTT LABORATORIES, INC., et al.,  ]<br>]<br>Defendants.  ]<br>] | Civil Action No.  07-CV-01635 (JR) |

**PLAINTIFF'S OPPOSITION TO DEFENDANT E.R. SQUIBB & SONS, INC.'S MOTION FOR MORE DEFINITE STATEMENT**

COMES NOW Plaintiff Victoire Dumont, through counsel, and opposes Defendant E.R. Squibb & Sons, Inc.'s Motion for More Definite Statement, and as grounds therefore states:

1. On September 27, 2007, Defendant Bristol-Myers Squibb filed a motion for a more definite statement pursuant to Federal Rule of Civil Procedure 12(e). This motion was filed without prior notice to Plaintiff's counsel and a request for consent as required by Local Civil Rule 7.1(m).

2. Annexed hereto as Appendix 1 is a true and exact copy the More Definite Statement Pursuant to Federal Rule of Civil Procedure 12(e) electronically filed by Plaintiff simultaneously with the instant opposition to Defendant's motion.

3. Plaintiff opposes Defendant E.R. Squibb & Sons, Inc.'s motion for a more definite statement to the extent that the More Definite Statement Pursuant to Federal Rule of Civil Procedure 12(e) electronically filed simultaneously with the instant opposition to Defendant's motion does not render Defendant's motion moot.

1

4. The grounds for any opposition by Plaintiff are that Plaintiff's Complaint and More Definite Statement are neither vague nor ambiguous such that a Defendant could not reasonably be required to frame a responsive pleading. Indeed, no less than eleven (11) other Defendants named in this action have already filed Answers, without the need for a more definite statement. *See* CM/ECF History of Documents in the instant case, a true and exact copy of which is attached hereto as Appendix 2.

WHEREFORE, for the aforementioned reasons, and for good cause shown, Plaintiff requests that Defendant E.R. Squibb & Son's Motion be DENIED.

        Respectfully submitted,

        AARON M. LEVINE & ASSOCIATES

           /s/    Brandon J. Levine
        Brandon J. Levine (#412130)
        Law Offices of Aaron M. Levine & Associates
        1320 Nineteenth St., N.W. Fifth Floor
        Washington, D.C. 20036

        and

        Sybil Shainwald, Esq.
        Law Offices of Sybil Shainwald, P.C.
        111 Broadway, Suite 403
        New York, NY 10006
        (212) 425-5566

        Counsel for Plaintiff

# Appendix 1
Plaintiff's Notice of More Definite Statement

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOIRE DUMONT, | ] |
| Plaintiff, | ] |
| v. | ] Civil Action No. 07-CV-01635 (JR) |
| ABBOTT LABORATORIES, INC., et al., | ] **NOTICE OF MORE DEFINITE STATEMENT PURSUANT TO F.R.C.P. 12(e)** |
| Defendants. | ] |

In response to E.R. Squibb & Sons, Inc.'s Motion for a More Definite Statement, Plaintiff Victoire Dumont, by her attorneys, Aaron M. Levine & Associates & The Law Offices of Sybil Shainwald, P.C., alleges the following:

1. Plaintiff, Victoire Dumont, was exposed to the drug Diethylstilbestrol ("DES"), in France.

2. Plaintiff, Victoire Dumont, has suffered injuries resulting from her exposure to DES and its components including, but not limited to, clear cell adenocarcinoma of the vagina and cervix.

3. By reason of the foregoing, Plaintiff has been damaged as against each defendant, including E. R. Squibb & Sons, Inc., in the sum of TEN MILLION DOLLARS ($10,000,000.00) in compensatory damages and TEN MILLION DOLLARS ($10,000,000.00) in punitive damages.

Respectfully submitted,
AARON M. LEVINE & ASSOCIATES
       /s/     Brandon J. Levine
Aaron M. Levine, #7864
Brandon J. Levine, #412130
1320 19th St., N.W., Suite 500        -and-
Washington, D.C. 20036
(202) 833-8040
aaronlevinelaw@aol.com

Sybil Shainwald, Esq.
Roxanne DeFrancesco, Esq.
Law Offices of Sybil Shainwald, P.C.
111 Broadway, Suite 403
New York, NY 10006
(212) 425-5566
shainwaldlaw@aol.com

Counsel for Plaintiff

# Appendix 2
Docket Report of the Instant Case

**1:07-cv-01635-JR** DUMONT v. ABBOTT LABORATORIES, INC. et al
James Robertson, presiding
Date filed: 09/17/2007 Date of last filing: 11/01/2007

# History

| Doc. No. | Dates | Description |
|---|---|---|
| -- | Filed: 09/17/2007<br>Entered: 09/18/2007 | Summons Issued |
| 1 | Filed: 09/17/2007<br>Entered: 09/18/2007 | Complaint |
| 2 | Filed & Entered: 09/27/2007 | Motion for More Definite Statement |
| 3 | Filed & Entered: 09/27/2007 | Notice of Appearance |
| 4 | Filed & Entered: 10/05/2007 | Answer to Complaint |
| 5 | Filed & Entered: 10/05/2007 | LCvR 7.1 Certificate of Disclosure - Corporate Affiliations/Financial Interests |
| 6 | Filed & Entered: 10/08/2007 | Notice of Appearance |
| 7 | Filed & Entered: 10/08/2007 | Answer to Complaint |
| 8 | Filed & Entered: 10/08/2007 | LCvR 7.1 Certificate of Disclosure - Corporate Affiliations/Financial Interests |
| 9 | Filed & Entered: 10/08/2007 | Notice of Appearance |
| 10 | Filed & Entered: 10/08/2007 | Answer to Complaint |
| 11 | Filed & Entered: 10/08/2007 | LCvR 7.1 Certificate of Disclosure - Corporate Affiliations/Financial Interests |
| 12 | Filed & Entered: 10/09/2007 | Notice of Appearance |
| 13 | Filed & Entered: 10/09/2007 | Notice of Appearance |
| 14 | Filed & Entered: 10/09/2007 | Answer to Complaint |
| 15 | Filed & Entered: 10/09/2007 | LCvR 7.1 Certificate of Disclosure - Corporate Affiliations/Financial Interests |
| 16 | Filed & Entered: 10/09/2007 | Notice of Appearance |
| 17 | Filed & Entered: 10/09/2007 | Answer to Complaint |
| 18 | Filed & Entered: 10/09/2007 | LCvR 7.1 Certificate of Disclosure - Corporate Affiliations/Financial Interests |

| | | |
|---|---|---|
| 19 | Filed & Entered: 10/09/2007 | Notice of Appearance |
| 20 | Filed & Entered: 10/09/2007 | Answer to Complaint |
| 21 | Filed & Entered: 10/09/2007 | LCvR 7.1 Certificate of Disclosure - Corporate Affiliations/Financial Interests |
| 22 | Filed & Entered: 10/09/2007 | Notice of Appearance |
| 23 | Filed & Entered: 10/10/2007  Terminated: 10/11/2007 | Motion for Extension of Time to File Response/Reply |
| 24 | Filed & Entered: 10/10/2007 | Answer to Complaint |
| 25 | Filed & Entered: 10/10/2007 | LCvR 7.1 Certificate of Disclosure - Corporate Affiliations/Financial Interests |
| -- | Filed & Entered: 10/11/2007 | Order on Motion for Extension of Time to File Response/Reply |
| -- | Filed & Entered: 10/11/2007 | Set/Reset Deadlines |
| 26 | Filed & Entered: 10/11/2007 | Notice of Appearance |
| 27 | Filed & Entered: 10/11/2007 | Answer to Complaint |
| 28 | Filed & Entered: 10/11/2007 | LCvR 7.1 Certificate of Disclosure - Corporate Affiliations/Financial Interests |
| 29 | Filed & Entered: 10/15/2007 | Answer to Complaint |
| 30 | Filed: 10/15/2007  Entered: 10/16/2007 | LCvR 7.1 Certificate of Disclosure - Corporate Affiliations/Financial Interests |
| 31 | Filed & Entered: 10/17/2007 | LCvR 7.1 Certificate of Disclosure - Corporate Affiliations/Financial Interests |
| 32 | Filed & Entered: 10/29/2007 | Answer to Complaint |
| 33 | Filed & Entered: 10/29/2007 | Notice of Appearance |
| 34 | Filed & Entered: 10/29/2007 | LCvR 7.1 Certificate of Disclosure - Corporate Affiliations/Financial Interests |
| 35 | Filed & Entered: 11/01/2007 | Answer to Complaint |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/06/2007 15:22:16 | | | |
| PACER Login: | ss4158 | Client Code: | dumont |
| Description: | History/Documents | Search | 1:07-cv-01635- |

|  |  | Criteria: | JR |
|---|---|---|---|
| Billable Pages: | 1 | Cost: | 0.08 |