## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MCGIVNEY & KLUGER, P.C.
William D. Sanders
23 Vreeland Road, Suite 220
Florham Park, New Jersey 07932
(973) 822-1110
Attorneys for Defendant
Aventis Pharmaceuticals, Inc., f/k/a Rhone-Poulenc Rorer Pharmaceuticals, Inc., a successor in interest to William H. Rorer, Inc..

| | |
|---|---|
| VICTOIRE DUMONT,<br><br>Plaintiff,<br><br>vs.<br><br>ABBOT LABORATORIES, INC., *et al.,*<br><br>Defendants. | Case No.: 1:07-CV-01635 (JR)(AK)<br><br>Civil Action<br><br>**NOTICE OF APPEARANCE PER LCR 83.6(a) and DECLARATION PER LCR 83.2(b)(1)** |

     Please take notice that pursuant to Local Civil Rule 83.6(a), the undersigned member of the Bar of the United States District Court for the District of Columbia hereby enters an appearance on behalf of defendant Aventis Pharmaceuticals, Inc., f/k/a Rhone-Poulenc Rorer Pharmaceuticals, Inc., a successor in interest to William H. Rorer, Inc.  The undersigned further declares, under penalty of perjury, pursuant to Local Civil Rule 83.2(b)(1) that he has acted as sole or lead counsel in contested bench and jury trials in a state court of general jurisdiction in which testimony was taken in open court and an appealable judgment or order was entered.

                                          MCGIVNEY & KLUGER, P.C.
                                          Attorneys for Defendant
                                          Aventis Pharmaceuticals, Inc., f/k/a Rhone-Poulenc
                                          Rorer Pharmaceuticals, Inc., a successor in interest
                                          to William H. Rorer, Inc.

                                          BY: *William D. Sanders*
                                                  William D. Sanders

Dated:  December 5, 2007