IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOIRE DUMONT | * |
| Plaintiff | * |
| v. | *   Civil Action No.: 07-CV-01635 (JR) |
| ABBOTT LABORATORIES, INC., et al. | * |
| | * |
| Defendants | * |
| | * |

\* \* \* \* \* \* \* \* \*

## MOTION TO COMPEL DISCOVERY

E.R. Squibb & Sons, Inc., one of the Defendants, moves this Honorable Court to enter an Order in the above-captioned case, compelling the Plaintiff to respond to the Interrogatories and Request for Production of Documents that were propounded to the Plaintiff on November 12, 2007, and as grounds therefore says:

1. Suit was filed on or about September 17, 2007 in the United States District Court for the District of Columbia.

2. This Defendant, E.R. Squibb & Sons, Inc. filed a Motion for More Definite Statement on September 27, 2007.

3. Plaintiff's counsel responded to the Motion for More Definite Statement on or about November 7, 2007.

4. E.R. Squibb & Sons, Inc. filed an Answer to Complaint in the above-captioned case on or about November 12, 2007.

5. E.R. Squibb & Sons, Inc. propounded a First Set of Interrogatories to Plaintiff, Victoire Dumont by mailing copies of the Interrogatories to both sets of Plaintiff's counsel on November 12, 2007.

6. E.R. Squibb & Sons, Inc. propounded a First Request for Production of Documents or Tangible Things to Plaintiff, Victoire Dumont by mailing copies of the Request to both sets of counsel for the Plaintiff on November 12, 2007.

7. On January 3, 2008, Plaintiff's counsel provided an Affidavit from the Plaintiff, along with an e-mail, requesting that Defendants agree to the transfer of this case to the Eastern District of New York.

8. Counsel for this Defendant certifies that he has used good faith efforts to resolve this discovery dispute by sending a letter to Plaintiff's counsel, both by facsimile and by mail on January 3, 2008, a copy of which is attached hereto as "Exhibit A." The letter attached hereto as "Exhibit A" communicates a demand for Plaintiff's discovery responses on or before Tuesday, January 8th, and explains that Defendants cannot respond to the Motion to Transfer without the discovery responses.

9. On January 8, 2008, Plaintiff's counsel filed a Motion to Transfer to the Eastern District of New York, Memorandum of Points and Authorities in Support of Motion, along with Affidavits, Exhibits and a proposed Order.

10. It is impossible for counsel for this Defendant to formulate a position on the Motion to Transfer without the necessary facts that will be provided during discovery in the above-captioned case. This Defendant's First Request for Production of Documents and First Set of Interrogatories were specifically designed to provide information that might be relevant or material to the Motion to Transfer.

11.  As pointed out in "Exhibit A," nearly sixty days have elapsed since the Interrogatories and Request for Production of Documents were propounded to Plaintiff's counsel in the above-captioned case and, as of this time, Plaintiff's counsel have not requested an extension of time within which to respond to the discovery requests, nor have they provided their client's discovery responses.

**WHEREFORE,** E.R. Squibb & Sons, Inc. moves this Honorable Court to enter an Order in the above-captioned case consistent with the proposed Order attached hereto.

Respectfully submitted,

/s/ Sidney G. Leech
Sidney G. Leech
D.C. Bar No. 359071
Malcolm S. Brisker
D.C. Bar No. 472101
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland  21202
(410) 783-4000
*Attorneys for Defendant,*
*E.R. Squibb & Sons, Inc.*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of January, 2008, a copy of E.R. Squibb & Sons, Inc.'s Motion to Compel Discovery, Memorandum in Support of Motion to Compel and proposed Order were mailed first-class, postage prepaid, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036

Sybil Shainwald, Esquire
Roxanne DeFrancesco, Esquire
Law Offices of Sybil Shainwald
111 Broadway, 4th Floor
New York, NY 10006; *Attorneys for Plaintiffs*

Michelle R. Mangrum, Esquire
John Chadwick Coots, Esquire
Brandon J. Waggoner, Esquire
Shook Hardy & Bacon, LLP
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004

David W. Brooks, Esquire
Shook Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, Missouri 64109; *Attorneys for Defendant Eli Lilly & Company*

Elizabeth Ewert, Esquire
Stephanie Albert, Esquire
Drinker, Biddle Reath, LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209; *Attorneys for Upjohn Company; McNeil Lab, Inc.; Merck & Company*

John F. Anderson, Esquire
Troutman Sanders, LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, Virginia 22102; *Attorneys for Dart Industries, Inc.*

Kathleen M. Bustraan, Esquire
Lord & Whip, P.A.
Charles Center South
36 South Charles Street – 10th Floor
Baltimore, Maryland  21201; *Attorneys for Lannett Company, Inc.*

Janet Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD  21204; *Attorneys for Mallinckrodt, Inc.; Burroughs-Wellcome & Co.; S.E. Massengill Co.*

Sarah S. Keast, Esquire
Goodwin Proctor, LLP
901 New York Avenue, Suite 900
Washington, D.C. 20001 ; *Attorneys for Premo Pharmaceutical Laboratories, Inc.*

Jennifer Gardner Levy, Esquire
Kirkland & Ellis
655 15th Street, N.W.
Washington, D.C.  20005-5793; *Attorneys for Abbott Laboratories, Inc.*

Gerry H. Tostanoski, Esquire
Jaime W. Luse, Esquire
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, Maryland  21202; *Attorneys for Carnrick Laboratories, Inc. n/k/a/ Elan Pharmaceuticals*

Robert M. Kelly, Esquire
Jackson & Campbell, P.C.
1120 20th Street, N.W., Suite 300-South
Washington, D.C.  20036; *Attorneys for Defendant Kremers-Urban Co.*

William David Sanders, Esquire
McGivney & Kluger, P.C.
23 Vreeland Road, Suite 220
Florham Park, NJ  07932; *Attorneys for Rhone-Poulenc Rorer Pharmaceuticals, Inc.*

/s/ Sidney G. Leech
Sidney G. Leech

# EXHIBIT A

# GOODELL, DeVRIES, LEECH & DANN, LLP
ATTORNEYS AT LAW
ONE SOUTH STREET, 20TH FLOOR
BALTIMORE, MARYLAND 21202

TELEPHONE (410) 783-4000

FACSIMILE (410) 783-4040

SIDNEY G. LEECH
SGL@GDLDLAW.COM
WRITER'S DIRECT NUMBER
410-783-4017
CONFIDENTIAL FAX NUMBER
410-951-0461

January 3, 2008

ADMITTED IN MARYLAND
AND THE
DISTRICT OF COLUMBIA

**VIA FACSIMILE & FIRST-CLASS MAIL**
(212) 608-5863
Sybil Shainwald, Esquire
111 Broadway, 4th Floor
New York, NY 10006

**VIA FACSIMILE & FIRST-CLASS MAIL**
(202) 833-8046
Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036

Re: Victoire Dumont v. E.R. Squibb & Sons, Inc., et al.
Civil Action No.: 07-CV-1635 (JR)
Judge: James Robertson

Dear Ms. Shainwald and Mr. Levine:

I represent E.R. Squibb & Sons, Inc. in the above-captioned case. On November 12, 2007, I propounded on behalf of my client a First Set of Interrogatories to your client, Victoire Dumont in the above-captioned case. On the same date, November 12th, I propounded a First Request for Production of Documents or Tangible Things to your client, Victoire Dumont. As of this time, I have not received either your client's discovery responses, nor have I received a request for an extension of time within which to respond.

Today, I received an e-mail from Benjamin J. Cooper at the law offices of Aaron Levine indicating that you desire to transfer this case to the Eastern District of New York and attaching an Affidavit from your client.

This is a formal request for your client's discovery responses to the discovery propounded by E.R. Squibb & Sons, Inc. in the above-captioned case on or before Tuesday, January 8th, since that is the date that was put in Mr. Cooper's e-mail. When we receive your client's executed discovery responses, we will then respond to your request to transfer the case.

Sybil Shainwald, Esquire
Aaron M. Levine, Esquire
January 3, 2008
Page 2


Thank you for your prompt attention to this matter.

                         Sincerely,

                         Sidney G. Leech

SGL/sls
cc:    All Counsel of Record

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VICTOIRE DUMONT | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: 07-CV-01635 (JR) |
| ABBOTT LABORATORIES, INC., et al. | * | |
| | * | |
| Defendants | * | |
| | * | |

\* \* \* \* \* \* \* \* \*

### MEMORANDUM OF POINTS AND AUTHORITIES
### IN SUPPORT OF MOTION TO COMPEL DISCOVERY

E.R. Squibb & Sons, Inc., one of the Defendants, in support of its Motion to Compel Discovery from the Plaintiff in the above-captioned case relies on the following points and authorities:

1. Federal Rules of Civil Procedure – Rule 33.

2. Federal Rules of Civil Procedure – Rule 34.

3. Federal Rules of Civil Procedure – Rule 37(d).

                                                             Respectfully submitted,

                                                             /s/ Sidney G. Leech
                                                             Sidney G. Leech
                                                             D.C. Bar No. 359071
                                                             Malcolm S. Brisker
                                                              D.C. Bar No. 472101
                                                             Goodell, DeVries, Leech & Dann, LLP
                                                             One South Street, 20th Floor
                                                             Baltimore, Maryland  21202
                                                             (410) 783-4000
                                                             ***Attorneys for Defendant,***
                                                             ***E.R. Squibb & Sons, Inc.***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VICTOIRE DUMONT | * | |
| Plaintiff | * | |
| | | Civil Action No.: 07-CV-01635 (JR) |
| v. | * | |
| ABBOTT LABORATORIES, INC., et al. | * | |
| | * | |
| Defendants | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Having read and considered the Motion to Compel Discovery filed by Defendant E.R. Squibb & Sons, Inc. in the above-captioned case, and the exhibit thereto, and the Memorandum of Points and Authorities in Support thereof, and the Opposition, if any,

**IT IS ORDERED** this _____ day of January, 2008, that Plaintiff is ordered to serve on counsel for this Defendant and all other counsel of record, responsive answers to the Interrogatories propounded on behalf of E.R. Squibb & Sons, Inc., and Responses to the Request for Production of Documents propounded by E.R. Squibb & Sons, Inc., and the requested documents on or before January 22, 2008.

_____
James Robertson, Judge
United States District Court
For the District of Columbia