IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VICTOIRE DUMONT,** )<br>)<br>    **Plaintiff,** )<br>)<br>vs. )<br>)<br>)<br>**ABBOTT LABORATORIES, INC., et al.,** )<br>)<br>    **Defendants**. )<br>) | CIVIL ACTION No. 1:07-CV-01635 (JR/AK) |

**CONSENT MOTION TO WITHDRAW E.R. SQUIBB AND SONS INC.'S MOTION TO COMPEL AND JOINT PARTIAL CONSENT MOTION TO EXTEND TIME TO FILE DEFENDANTS ELI LILLY AND COMPANY'S AND E.R. SQUIBB AND SONS INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO TRANSFER**

COME NOW defendants Eli Lilly and Company ("Lilly") and E.R. Squibb & Sons, Inc. ("Squibb") (collectively "defendants"), by and through their undersigned counsel, and respectfully move this Court to enter an Order withdrawing Squibb's Motion to Compel, extending plaintiff's deadline to respond to defendants' interrogatories and requests for production and extending defendants' deadline to file their Oppositions to plaintiff's Motion to Transfer to the Eastern District of New York. In support of their motion, defendants state as follows:

1. On January 8, 2008, plaintiff filed her Partial Consent[1] Motion to Transfer to the Eastern District of New York. Defendants' Opposition briefs to plaintiff's transfer motion are currently due on January 22, 2008.

2. One of the grounds on which defendants currently oppose transfer of this action is that defendants believe such a motion is premature because plaintiff's responses to

---

[1] Only defendant Elan Pharmaceuticals consented to plaintiff's transfer motion.

145146v1

defendants' interrogatories and requests for production are currently overdue. Squibb served its discovery on plaintiff on November 12, 2007. Lilly served its discovery requests on plaintiff on November 30, 2007. Accordingly, plaintiff's discovery responses are currently overdue.

        3.      On January 18, 2008, as required by Local Rule 7(m), counsel for Lilly sought plaintiff's counsel's consent to a Motion to Compel Discovery, which Lilly intended to file on January 18, 2008. Plaintiff's counsel replied with a request for an extension of thirty (30) days in which to respond to Lilly's pending discovery requests. Subsequently, counsel for plaintiff, Lilly and E.R. Squibb and Sons, Inc. ("Squibb") agreed to an extension to February 5, 2008 for plaintiff to serve her written discovery responses to both defendants upon the condition that plaintiff consent to an extension of time for defendants to file their Opposition briefs to plaintiff's transfer motion. Squibb further agrees to withdraw its currently pending Motion to Compel Discovery.

        4.      Plaintiff's counsel and counsel for Lilly and Squibb are in agreement regarding permitting plaintiff until February 5, 2008 to serve her discovery responses on defendants and that defendants will not have to file their opposition briefs to plaintiff's motion to transfer until after receipt of plaintiff's written discovery responses. However, the parties are not in agreement regarding the extent of discovery defendant Squibb may seek before filing its Opposition to plaintiff's motion to transfer.

        5.      Specifically, counsel for Squibb has communicated to plaintiff's counsel Squibb's intention to depose plaintiff for the limited purpose of inquiring regarding facts and information relating to plaintiff's transfer motion. Accordingly, without the consent of plaintiff's counsel, Squibb requests this Court enter an Order granting defendants an extension to file their Opposition briefs until after plaintiff's written discovery has been served on defendants and

145146v1

plaintiff's limited deposition has been taken. Further, in the event the Court grants Squibb's request to take plaintiff's limited deposition, defendants request that the Court's Order reflect that defendants have not waived their right to later take plaintiff's full discovery deposition in this matter. Plaintiff does not consent to Squibb taking plaintiff's limited deposition and requests the Court enter an Order requiring defendants to file their opposition briefs 7 business days after receipt of plaintiff's written discovery responses.

6. The granting of this motion will permit Lilly and Squibb to assess the validity of the assertions in Plaintiff's Transfer Motion regarding the appropriate forum in which this case should proceed and will allow them to make a fully informed response to Plaintiff's Transfer Motion.

WHEREFORE, defendants Eli Lilly and Company and E.R. Squibb & Sons, Inc. respectfully request that the Court enter its Order extending plaintiff's deadline to respond to defendants' written discovery to plaintiff to February 5, 2008, and extending defendants' deadline to file their Opposition to plaintiff's motion.

Respectfully submitted,

SHOOK, HARDY & BACON, L.L.P.

/s/ John Chadwick Coots
Michelle R. Mangrum, D.C. Bar No. 473634
John Chadwick Coots, D.C. Bar No. 461979
SHOOK, HARDY & BACON, L.L.P.
600 14TH Street, NW, Suite 800
Washington, D.C. 20005-2004
Phone: (202) 783-8400
Fax: (202) 783-4211

and

David W. Brooks
Jonathan H. Gregor
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, Missouri  64108
Phone: (816) 474-6550
Fax: (816) 421-5547

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**


/s/ Sidney G. Leech
Sidney G. Leech, DC BAR # 359071
Goodell, Devries, Leech & Dann, LLP
One South Street, Suite 2000
Baltimore, MD 21202
Phone:  (410) 783-4000
Fax:  (410) 783-4040

**ATTORNEYS FOR E.R. SQUIBB & SONS
INC.**

## LOCAL RULE 7(m) CERTIFICATION

     Pursuant to Local Rule 7(m), defendants Eli Lilly and Company and E.R. Squibb & Sons, Inc. certify that, through counsel, defendants conferred with plaintiff's counsel to determine whether plaintiff opposes the relief requested in this motion.  <u>To the extent described in the foregoing motion</u>, plaintiff's counsel indicated that plaintiff consents to the granting of this motion.

     <u>/s/ John Chadwick Coots</u>
     Attorney for Defendant Eli Lilly and Company

     <u>/s/ Sidney G. Leech</u>
     Attorney for Defendant E.R. Squibb & Sons, Inc.

145146v1

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 22nd day of January, 2008, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

Sybil Shainwald
Roxanne DeFrancesco
Law Offices of Sybil Shainwald
111 Broadway, 4th Floor
New York, NY 10006
**Attorneys for Plaintiff**

Sidney G. Leech
Goodell, Devries, Leech & Dann, LLP
One South Street, Suite 2000
Baltimore, MD 21202
**Attorney for E.R. Squibb & Sons, Inc.**

Elizabeth Ewert
Stephanie Albert
Drinker, Biddle Reath, LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 2005-1209
**Attorneys for Upjohn Company; McNeil Lab, Inc.; Merck & Company**

Elizabeth Ann Billingsley
Troutman Sanders, LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, VA 22102
**Attorney for Dart Industries, Inc.**

Kathleen M. Bustraan
Lord & Whip, P.A.
Charles Center South
36 South Charles Street, 10th Floor
Baltimore, MD 21201
**Attorney for Lannett Company, Inc.**

Janet Coleman
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204
**Attorney for Mallinckrodt, Inc.; and S.E. Massengill Co.**

Sarah S. Keast
Goodwin Proctor, LLP
901 New York Avenue, Suite 900
Washington, D.C. 20001
**Attorney for Premo Pharmaceutical Laboratories, Inc.**

William David Sanders
McGivney & Kluger, P.C.
23 Vreeland Road, Suite 220
Florham, NJ 07932
**Attorney for Rhone-Poulenc Rorer Pharmaceuticals, Inc.**

Gerry H. Tostanoski
Jaime W. Luse
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, MD 21202
**Attorneys for Carnick Laboratories, Inc. n/k/a/ Elan Pharmaceuticals**

Robert M. Kelly
Jackson & Campbell, P.C.
1120 20th Street, N.W., Suite 300-South
Washington, D.C. 20036
**Attorney for Defendant Kremers-Urban Co.**

/s/ John Chadwick Coots
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

145146v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VICTOIRE DUMONT,**<br><br>                   **Plaintiff,**<br><br>    vs.<br><br>**ABBOTT LABORATORIES, INC., et al.,**<br><br>                   **Defendants**. | **CIVIL ACTION NO. 1:07-CV-01635 (JR/AK)** |

### PROPOSED ORDER

UPON CONSIDERATION of defendants Consent Motion to Withdraw E.R. Squibb and Sons, Inc.'s Motion to Compel and Joint Partial Consent Motion to Extend Time to File Defendants Eli Lilly and Company's ("Lilly") and E.R. Squibb And Sons, Inc's ("Squibb") Oppositions to Plaintiff's Motion to Transfer,

**IT IS HEREBY ORDERED** that the Motion is granted and Court further Orders as follows:

1. Squibb's pending Motion to Compel is withdrawn;

2. Plaintiff is hereby Ordered to serve her written discovery responses on defendants Lilly and Squibb by February 5, 2008;

3. Defendant Squibb may take plaintiff's deposition for the limited purpose of inquiring regarding facts and information relevant to plaintiff's Motion to Transfer and, by doing so, defendants do not waive their right to later take plaintiff's full discovery deposition in this matter;

4. Defendants Squibb's and Lilly's Briefs in Opposition to plaintiff's Motion to Transfer must be filed seven (7) business days after plaintiff's limited deposition is taken.

2782982v1

Dated _____, 2008.

                                                _____
                                                The Honorable Alan Kay
                                                United States Magistrate Judge