UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

VICTOIRE DUMONT                                                   Civil Action No.: 07-1635 (JR)(AK)

      Plaintiff,

v.

ABBOTT LABORATORIES, INC.,
*et al.,* including RHONE-POULENC RORER
PHARMACEUTICALS, INC. p/k/a William H. Rorer, Inc.
c/o Aventis Pharmaceuticals, Inc.
55 Corporate Drive
Bridgewater, New Jersey 08807,

      Defendants.

**LOCAL CIVIL RULE 7.1 DECLARATION OF COUNSEL FOR
AVENTIS PHARMACEUTICALS, INC.,
F/K/A RHONE-POULENC RORER PHARMACEUTICALS, INC.,
A SUCCESSOR IN INTEREST TO WILLIAM H. RORER, INC.**

I, William D. Sanders, state as follows under penalty of perjury:

1.   I am a member of the bar of this Court and am associated with the firm of McGivney & Kluger, P.C., attorneys for defendant Aventis Pharmaceuticals, Inc. I make this Declaration to the best of my knowledge, and based upon information supplied to me by the defendant, Aventis Pharmaceuticals, Inc.

2.   Aventis Pharmaceuticals, Inc., which has a principal office at 55 Corporate Drive Bridgewater, New Jersey 08807, was formerly known as Rhone-Poulenc Rorer Pharmaceuticals, Inc., a successor-in-interest to William H. Rorer, Inc.

3.   Aventis Pharmaceuticals, Inc. is a wholly-owned, indirect subsidiary of Sanofi-Aventis, a French corporation that is publicly traded on the New York and Paris Stock Exchanges. The indirect parties in the "chain of ownership" between Aventis Pharmaceuticals, Inc. and Sanofi-Aventis are corporate entities which are not publicly traded.

4.	I make this Declaration so that the Judges of this Court may determine whether the need for recusal created by virtue of any relationship to the defendant.

I declare under penalty of perjury that the foregoing is true and correct. I am aware that if the statements made by me are willfully false, I am subject to punishment.

. *William D. Sanders*
William D. Sanders

McGIVNEY & KLUGER, P.C.
23 Vreeland Road
Suite 220
Florham Park, New Jersey 07932
(973) 822-1110
Attorneys for defendant Aventis Pharmaceuticals, Inc., f/k/a Rhone-Poulenc Rorer Pharmaceuticals, Inc., a successor in interest to William H. Rorer, Inc.,.

Dated: January 23, 2008