## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MCGIVNEY & KLUGER, P.C.
William D. Sanders (2511)
23 Vreeland Road, Suite 220
Florham Park, New Jersey 07932
(973) 822-1110
Attorneys for Defendant
William H. Rorer, Inc.

| | |
|---|---|
| VICTOIRE DUMONT,<br><br>                 Plaintiff,<br><br>         vs.<br><br>ABBOT LABORATORIES, INC., BURROUGHS-WELLCOME & CO., S.E. MASSENGILL, CO., n/k/a GlaxoSmithKline, Inc., CARNICK LABORATORIES, INC., DART INDUSTRIES, INC., ELI LILLY AND COMPANY, KREMERS-URBAN CO., LANNETT CO., INC., MALLINCKRODT, INC., MERCK & CO., INC., MERRELL DOW PHARMACEUTICALS, INC., MCNEIL LAB., INC., n/k/a Ortho-McNeil Pharmaceutical, Inc., PREMO PHARMACEUTICAL LABORATORIES, INC., p/k/a Lemmon Co. of NJ., Inc., RHONE-POULENC RORER PHARMACEUTICALS, INC. p/k/a/ William H. Rorer, Inc., POWELL LABORATORIES, INC., p/k/a Solvay Pharmaceuticals, Inc., E.R. SQUIBB & SONS, INC., and THE UPJOHN COMPANY,<br><br>                 Defendants. | Case No.: 1:07-CV-01635 (JR)(AK)<br><br>Civil Action<br><br>**AMENDED NOTICE OF APPEARANCE PER LCR 83.6(a)** |

  Please take notice that pursuant to Local Civil Rule 83.6(a), the undersigned hereby amends its original Notice of Appearance and now enters its appearance on behalf of defendant Aventis Pharmaceuticals, Inc., f/k/a Rhone-Poulenc Rorer Pharmaceuticals, Inc., a successor in

interest to William H. Rorer, Inc.

                              McGIVNEY & KLUGER, P.C.
                              23 Vreeland Road
                              Suite 220
                              Florham Park, New Jersey 07932
                              (973) 822-1110
                              Attorneys for defendant Aventis Pharmaceuticals, Inc., f/k/a Rhone-Poulenc Rorer Pharmaceuticals, Inc., a successor in interest to William H. Rorer, Inc.

By: *William D. Sanders*
        William D. Sanders (WS 2511)

Dated: January 23, 2008

2