IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOIRE DUMONT,   ] | |
| ] | |
|     Plaintiff,   ] | |
| ] | |
| v.   ] | Civil Action No.: 07-CV-01635 (JR) |
| ] | Next Event: |
| THE ABBOTT LABORATORIES, INC., ] |     Plaintiff's Rule 26(a)(2) Statement |
| et al.,   ] |     Due May 15, 2008 |
| ] | |
|     Defendant.   ] | |

**PLAINTIFF'S PARTIAL OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE/REPLY**

COMES NOW Plaintiff, through counsel, and opposes the Motion of Defendants Eli Lilly and Company ("Lilly") and E.R. Squibb & Sons ("Squibb") only insofar as said motion requires Plaintiff to appear for a special additional deposition. Plaintiff incorporates the statements made in Paragraph 5 of the Partial Consent Motion regarding Plaintiff's lack of consent and the reasons therefore.

As stated in the Partial Consent Motion, Plaintiff consents to the extension of time for Defendants Lilly and Squibb to file a response to Plaintiff's Motion to Transfer.

WHEREFORE, for the reasons stated above, and for good cause shown, Plaintiff respectfully asks that the Court grant only the consented-to portions of the motion as represented in the attached proposed order.

                                                                        Respectfully submitted,

                                                                        /s/ Brandon J. Levine
                                                                        BRANDON J. LEVINE (#412130)
                                                                        1320 Nineteenth Street, N.W.
                                                                        Suite 500
                                                                        Washington, DC 20036
                                                                        202-833-8040

and

LAW OFFICES OF SYBIL SHAINWALD, P.C.
111 Broadway, Suite 403
New York, NY
212-425-5566

Co-counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOIRE DUMONT,              ]<br>]<br>Plaintiff,           ]<br>]<br>v.                                       ]<br>]<br>ABBOTT LABORATORIES, INC., et al., ]<br>]<br>Defendants.         ] | Civil Action No. 07-CV-01635 (JR/AK)<br><br>PLAINTIFF'S PROPOSED ORDER |

_____

Upon consideration of Defendants' Consent Motion to Withdraw the Motion to Compel of E.R. Squibb and Sons, Inc. ("Squibb") and of Defendants' Joint Partial Consent Motion to Extend Time to File Oppositions to Plaintiff's Motion to Transfer by Defendant Squibb and Eli Lilly and Company ("Lilly"),

IT IS HEREBY ORDERED that the Motion is granted in part and denied in part. Specifically, the Court Orders as follows:

1.     Squibb's pending Motion to Compel is withdrawn;

2.     Plaintiff is hereby Ordered to serve her written discovery responses to the discovery already propounded upon her by Squibb and Lilly by February 5, 2008;

3.     Defendant Squibb's request for an Order granting Defendants an extension to file their Opposition to Plaintiff's Motion to Transfer until after plaintiff's written discovery has been served on defendants and plaintiff's limited deposition has been taken is DENIED;

4. Defendants Squibb's and Lilly's Briefs in Opposition to Plaintiff's Motion to Transfer, if any, must be filed by or on Thursday, February 14, 2008, seven (7) business days after Plaintiff is ordered to serve her written discovery responses to the discovery already propounded upon her by Squibb and Lilly.


Dated: _____, 2008       _____
                                      The Honorable Alan Kay
                                      United States Magistrate Judge