IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VICTOIRE DUMONT | * | |
| Plaintiff | * | |
| | | Civil Action No.: 07-CV-01635 |
| v. | * | (JR/AK) |
| ABBOTT LABORATORIES, INC., et al. | * | |
| | * | |
| Defendants | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANT SQUIBB'S OPPOSITION TO
PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE
COURT ORDER OF JANUARY 25, 2008**

E.R. Squibb & Sons, Inc. ("Squibb"), one of the Defendants, by its attorneys, Sidney G. Leech and Goodell, DeVries, Leech & Dann, LLP, files this Opposition to Plaintiff's Motion pursuant to F.R.C.P. 54(b) to reconsider the Court's Order of January 25, 2008, and as grounds therefore says:

1. Squibb's Motion for Leave to Conduct a Limited Deposition of the Plaintiff concerning issues involved in Plaintiff's Motion to Transfer, along with Exhibit A, a Memorandum of Points and Authorities in Support of Motion, a Local Rule 7(m) Certification and a proposed Order were filed electronically on January 22, 2008.

2. On January 23, 2008, Plaintiff filed a pleading entitled Plaintiff's Partial Opposition to Defendants' Motion for Extension of Time to File a Response/Reply.

3. Plaintiff's "Partial Opposition" specifically raises the issue that Plaintiff opposes Defendant's attempt to require the Plaintiff to "appear for a special additional

deposition." Therefore, Plaintiff's position had been provided to the Court before the Court ruled on Defendant's Motion.

4.    On January 25, 2008, all counsel of record received an electronic docket entry as follows: "MINUTE ORDER granting E.R. Squibb & Sons, Inc.'s Motion for Leave [45]; granting Consent Motion to Withdraw [42]; and approving and so ordering dates in proposed Order [46]. Signed by Judge James Robertson on January 25, 2007. (MT)"

5.    Plaintiff further complains in its Motion for Reconsideration that counsel for Squibb failed to comply with the provisions of Local Rule 7(m). This is not the case. Attached to and filed with Squibb's Motion for Leave to Conduct a Limited Deposition of the Plaintiff was a pleading entitled "Local Rule 7(m) Certification." This Certification identified the telephone conversation during which Squibb's counsel spoke with Plaintiff's counsel, Sybil Shainwald, and asked whether or not she would consent to the relief requested. She indicated that she would <u>not</u> consent to the relief requested and, therefore, Local Rule 7(m) has been complied with.

## CONCLUSION

Plaintiff has provided the Court no new substantive grounds for reconsidering the Court's prior Order dated January 25, 2008, granting Defendant E.R. Squibb & Sons, Inc.'s Leave to Conduct a Limited Deposition of Plaintiff. The Plaintiff merely does not want to comply with the Court's Order.

Respectfully submitted,


/s/ Sidney G. Leech
Sidney G. Leech
D.C. Bar No. 359071
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000
sgl@gdldlaw.com
**Attorneys for Defendant,**
**E.R. Squibb & Sons, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of February, 2008, a copy of E.R.

Squibb & Sons, Inc.'s Opposition to Plaintiff's Motion for Reconsideration of the Court's

Order of January 25, 2008 were sent by e-mail and first-class mail, postage prepaid, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036

Sybil Shainwald, Esquire
Roxanne DeFrancesco, Esquire
Law Offices of Sybil Shainwald
111 Broadway, 4th Floor
New York, NY 10006; **Attorneys for Plaintiffs**

Michelle R. Mangrum, Esquire
John Chadwick Coots, Esquire
Brandon J. Waggoner, Esquire
Shook Hardy & Bacon, LLP
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004

David W. Brooks, Esquire
Shook Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, Missouri  64109; *Attorneys for Defendant Eli Lilly & Company*

Elizabeth Ewert, Esquire
Drinker, Biddle Reath, LLP
1500 K Street, N.W., Suite 1100
Washington, D.C.  20005-1209; *Attorneys for  Upjohn Company; McNeil Lab, Inc.; Merck & Company*

Elizabeth Ann Billingsley, Esquire
Troutman Sanders, LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, Virginia 22102; *Attorneys for Dart Industries, Inc.*

Kathleen M. Bustraan, Esquire
Lord & Whip, P.A.
Charles Center South
36 South Charles Street – 10th Floor
Baltimore, Maryland  21201; *Attorneys for Lannett Company, Inc.*

Janet Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD  21204; *Attorneys for Mallinckrodt, Inc.; Burroughs-Wellcome & Co.; S.E. Massengill Co.*

Sarah S. Keast, Esquire
Goodwin Proctor, LLP
901 New York Avenue, Suite 900
Washington, D.C. 20001 ; *Attorneys for Premo Pharmaceutical Laboratories, Inc.*

Jennifer Gardner Levy, Esquire
Kirkland & Ellis
655 15th Street, N.W.
Washington, D.C.  20005-5793; *Attorneys for Abbott Laboratories, Inc.*

Jaime W. Luse, Esquire
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, Maryland  21202; *Attorneys for Carnrick Laboratories, Inc. n/k/a/ Elan Pharmaceuticals*

4

Robert M. Kelly, Esquire
Jackson & Campbell, P.C.
1120 20th Street, N.W., Suite 300-South
Washington, D.C.  20036; *Attorneys for Defendant Kremers-Urban Co.*

William David Sanders, Esquire
McGivney & Kluger, P.C.
23 Vreeland Road, Suite 220
Florham Park, NJ  07932; *Attorneys for Rhone-Poulenc Rorer Pharmaceuticals, Inc.*

/s/  Sidney G. Leech
Sidney G. Leech