```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
```

**FILED**

FEB 0 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

VICTOIRE DUMONT,               :
                               :
        Plaintiff,             :
                               :
    v.                         :   Civil Action No. 07-1635 (JR)
                               :
ABBOTT LABORATORIES, INC., et  :
al.,                           :
                               :
        Defendants.            :

### ORDER

Upon consideration of defendant Eli Lilly and Company's motion for the *pro hac vice* appearance of Ericka L. Kleiman [52], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

```
                            _____
                                    JAMES ROBERTSON
                                United States District Judge
```

Dated: 2/7/09

N                                                              55