UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOIRE DUMONT, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:07cv01635 |
| ) | |
| v. ) | Judge James Robertson |
| ) | |
| ABBOTT LABORATORIES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Pursuant to L.Cv.R. 83.6, please enter the appearance of Craig C. Reilly (D.C. Bar No. 383594) with the firm of Richards McGettigan Reilly & West, P.C., 1725 Duke Street, Suite 600, Alexandria, Virginia 22314, and telephone number (703) 549-5353, as counsel for defendant Dart Industries, Inc.

DART INDUSTRIES, INC.
By Counsel

By:  /s/ Craig C. Reilly
     Craig C. Reilly (D.C. Bar # 383594)
     RICHARDS McGETTIGAN REILLY
       & WEST, P.C.
     1725 Duke Street, Suite 600
     Alexandria, VA 22312
     (703) 549-5353

OF COUNSEL

Sheila AnnMarie Moeller
Gilbride, Tusa, Last & Spellane LLC
31 Brookside Drive
Greenwich, CT 06836
(203) 622-9360