UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOIRE DUMONT, ]<br>]<br>Plaintiff, ]<br>]<br>v. ]<br>]<br>ABBOTT LABORATORIES, INC., et al., ]<br>]<br>Defendants. ] | Civil Action No. 07-CV-01635 (JR/AK) |

**CONSENT MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.2 (d) of the Local Rules of this Court, the undersigned counsel Brandon J. Levine, hereby moves with the consent on defendants' counsel the admission *pro hac vice* of the following counsel as an attorney for the Plaintiff in litigation in this Court:

Roxanne DeFrancesco, Esq.
Law Offices of Sybil Shainwald
111 Broadway
New York, New York 10006
212.425.5566 Telephone
212.693.2334 Facsimile
SHAINWALDLAW@AOL.COM

Ms. DeFrancesco is a member in good standing of the United States District Court for the District of New Jersey and the Eastern District of New York. See attached affidavit.

Therefore, Plaintiff respectfully requests that this Court execute the proposed order submitted herewith admitting Roxanne DeFrancesco to practice before this Court, in this matter, as counsel for Plaintiff.

Dated: March 6, 2008

                                            Respectfully submitted,

/s/ Brandon J. Levine
Brandon J. Levine, #412130
AARON LEVINE & ASSOCIATES
1320 19th St. N.W., Suite 500
Washington, D.C. 20036
Phone: (202) 833-8040
Fax: (202) 833-8046

COUNSEL FOR PLAINTIFF

## LOCAL RULE 7(m) CERTIFICATION

Pursuant to Local Rule 7(m), Plaintiff Victoire Dumont certifies that, through its counsel, it conferred with defendants' counsel to determine whether defendants oppose the relief requested in this motion. Defendants' counsel indicated that defendants consent to the granting of this motion.

/s/ Brandon J. Levine
Brandon J. Levine, #412130

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOIRE DUMONT,<br><br>    Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, INC., et al.,<br><br>    Defendants. | Civil Action No. 07-CV-01635 (JR/AK)<br><br>AFFIDAVIT OF ROXANNE DEFRANCESCO, ESQ. IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* |

In support of the Motion for Admission Pro Hac Vice for Attorney Roxanne DeFrancesco, I, the undersigned, on this 28th day of February, 2008, state the following:

1. I hereby certify that I am admitted to the bars of the States of New York and New Jersey and the bars of the United States District Court for the Eastern District of New York and the District of New Jersey.

2. I certify that I have never been disciplined by any bar.

3. My current office address and telephone number is:

> Roxanne DeFrancesco, Esq.
> Law Offices of Sybil Shainwald
> 111 Broadway, Suite 403
> New York, NY 10006
> 212-425-5566 Telephone
> 212-693-2334 Facsimile
> shainwaldlaw@aol.com

4. I certify that I have not been admitted *pro hac vice* to the United States District Court for the District of Columbia in the last two years.

Respectfully submitted,

February 28, 2008
New York, NY

*Roxanne DeFrancesco* (signature)
Roxanne DeFrancesco
LAW OFFICES OF SYBIL SHAINWALD, P.C.
111 Broadway, Suite 403
New York, NY 10006
(212) 425-5566

COUNTY OF NEW YORK )
                                          )ss.
STATE OF NEW YORK    )

On this 28th day of February 2008, before me, a notary public in and for said state, personally appeared Roxanne DeFrancesco, to me personally known, who being duly sworn, acknowledged that she had executed the foregoing instrument for purposes therein mentioned and set forth.

*Cindy Smith* (signature)
NOTARY PUBLIC

My Commission Expires:

CINDY SMITH
Notary Public, State of New York
No. 01SM5070507
Qualified in New York County
Commission Expires Dec 23, 2010

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOIRE DUMONT**,** <br><br>　　　　Plaintiff, <br><br>　v. <br><br>ABBOTT LABORATORIES, INC., et al., <br><br>　　　　Defendants. | Civil Action No.  07-CV-01635 (JR/AK) |

## **ORDER**

UPON CONSIDERATION of the Consent Motion for Admission Pro Hac Vice, and for good cause shown, the Consent Motion is hereby GRANTED and it is

ORDERED that Roxanne DeFrancesco is admitted to practice *pro hac vice*, in the case mentioned above before the United States District Court for the District of Columbia as attorney for Plaintiff Victoire Dumont.

Dated: _____, 2008

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable James Robertson
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge