**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VICTOIRE DUMONT,            :<br>                             :<br>     Plaintiff,             :<br>                             :<br>  v.                         :  Civil Action No. 07-1635 (JR)<br>                             :<br>ABBOTT LABORATORIES, INC., *et* :<br>*al*.,                       :<br>                             :<br>     Defendants.            : | |

### ORDER

Upon consideration of plaintiff's motion for the *pro hac vice* appearance of Roxanne DeFrancesco [60], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

                              JAMES ROBERTSON
                         United States District Judge