IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VICTOIRE DUMONT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| ) | **Civil Action No. 1:07-CV-01635 (JR/AK)** |
| **ABBOTT LABORATORIES, INC., et al.,** ) | |
| ) | |
| **Defendants**. ) | |

**CONSENT MOTION TO EXTEND THE TIME TO FILE PLAINTIFF'S OPPOSITION TO THE SUMMARY JUDGMENT MOTIONS OF DEFENDANTS BURROUGHS-WELLCOME CO., S.E. MASSENGILL CO. AND MALLINCKRODT, INC.**

COMES NOW Plaintiff Victoire Dumont ("Plaintiff"), by and through her undersigned counsel, and respectfully moves this Court to enter an Order extending Plaintiff's deadline to respond to the Motions for Summary Judgment of Defendants Burroughs Wellcome, Co. ("Burroughs"), S.E. Massengill Co. ("Massengill"), and Mallinckrodt, Inc. ("Mallinckrodt")(collectively "Defendants") by fourteen (14) days.  In support of her motion, Plaintiff states as follows:

1.    On February 25, 2008, Defendants filed their Motions for Summary Judgment.

2.    Currently, Plaintiff and Defendants, through their counsel, are conferring regarding the possibility of disposing of this motion practice by way of stipulation.

3.    In that a resolution by stipulation will potentially conserve judicial resources, with the consent of counsel to Burroughs, Massengill, and Mallinckrodt, Plaintiff seeks a 14-day extension of time to file her opposition.

WHEREFORE, Plaintiff Victoire Dumont respectfully requests that the Court enter her Order extending Plaintiff's deadline to respond to Defendants' Motions for Summary Judgment by fourteen (14) days.

Respectfully submitted,

  /s/     Brandon J. Levine
Brandon J. Levine, #412130
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C.  20036

and

Law Offices of Sybil Shainwald
111 Broadway, Suite 403
New York, NY 10006

Attorneys for Plaintiff

**LOCAL RULE 7(m) CERTIFICATION**

Pursuant to Local Rule 7(m), Plaintiff Victoire Dumont certifies that, through its counsel, it conferred with above Defendants' counsel to determine whether defendants oppose the relief requested in this motion.  Defendants' counsel indicated that said Defendants consent to the granting of this motion.

/s/ Brandon J. Levine
Brandon J. Levine, #412130

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

VICTOIRE DUMONT,                    ]
                                    ]
                    Plaintiff,      ]
                                    ]          Civil Action No.  07-CV-01635 (JR/AK)
          v.                        ]
                                    ]
ABBOTT LABORATORIES, INC., et al.,  ]
                                    ]
                    Defendants.     ]
_____

## (PROPOSED) ORDER

UPON CONSIDERATION of the Consent Motion to Extend Time to File Plaintiff's

Opposition to the Summary Judgment Motions of Burroughs-Wellcome Co., S.E. Massengill

Co., and Mallinckrodt, Inc., and for good cause shown, the Consent Motion is hereby

GRANTED and it is ORDERED that the time to file an opposition to the above-mentioned

motions for summary judgment is extended to fourteen (14) days from the date of this Order.

          Dated: _____, 2008


                                        _____
                                        The Honorable James Robertson
                                        United States District Judge