IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VICTOIRE DUMONT, )
)
Plaintiff, )
)
vs. ) CIVIL ACTION No. 1:07-CV-01635 (JR)
)
ABBOTT LABORATORIES, INC., et al., )
)
Defendants. )

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Victoire Dumont and Defendant S.E. Massengill, Co. hereby stipulate that Plaintiff's claims be and are hereby dismissed *without prejudice* as against S.E. Massengill, Co. only.

_____
Roxanne DeFrancesco, Esq. (RD5870)
*Admitted Pro Hac Vice*
LAW OFFICES OF SYBIL SHAINWALD, P.C.
111 Broadway, Suite 403
New York, NY 10006

_____
Janet K. Coleman (Bar No.: 497902)
Whitney & Bogris, LLP
401 Washington Avenue
Twelfth Floor
Towson, MD 21204
ATTORNEYS FOR DEFENDANTS
GLAXOSMITH KLINE SUED AS
BURROUGHS WELLCOME CO. AND
S.E. MASSENGILL, CO.

-and-

Brandon J. Levine, Esq.
Law Offices of Aaron Levine & Associates
1320 Nineteenth Street, N.W.
5th Floor
Washington, DC 20036
Telephone (202) 833-8040
ATTORNEYS FOR PLAINTIFF
VICTOIRE DUMONT