**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **VICTOIRE DUMONT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **CIVIL ACTION No. 1:07-CV-01635 (JR)** |
| ) | |
| ) | |
| **ABBOTT LABORATORIES, INC., et al.,** ) | |
| ) | |
| **Defendants**. ) | |
| ) | |

### STIPULATION OF DISMISSALWITHOUT PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff

Victoire Dumont and Defendant Burroughs Wellcome Co. hereby stipulate that Plaintiff's claims

be and are hereby dismissed *without prejudice* as against Burroughs Wellcome Co. only.


 /s/ *Roxanne DeFrancesco*_____                 /s/*Janet K. Coleman*_____

Roxanne DeFrancesco, Esq. (RD5870)        Janet K. Coleman (Bar No.: 497902)
*Admitted Pro Hac Vice*                   Whitney & Bogris, LLP
LAW OFFICES OF SYBIL SHAINWALD, P.C.      401 Washington Avenue
111 Broadway, Suite 403                   Twelfth Floor
New York, NY 10006                        Towson, MD 21204
                                          ATTORNEYS FOR DEFENDANTS
                                          GLAXOSMITH KLINE SUED AS
                                          BURROUGHS WELLCOME CO. AND
                                          S.E. MASSENGILL, CO.


-and-

Brandon J. Levine, Esq.
Law Offices of Aaron Levine & Associates
1320 Nineteenth Street, N.W.
5th Floor
Washington, DC 20036
Telephone (202) 833-8040
ATTORNEYS FOR PLAINTIFF
VICTOIRE DUMONT