IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VICTOIRE DUMONT,** <br><br> Plaintiff, <br><br> vs. <br><br> **ABBOTT LABORATORIES, INC., et al.,** <br><br> **Defendants**. | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION No. 1:07-CV-01635 (JR) <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Victoire Dumont and Defendant Mallinckrodt, Inc. hereby stipulate that Plaintiff's claims be and are hereby dismissed *without prejudice* as against Defendant Mallinckrodt, Inc. only.

| | |
|---|---|
| __/s/ Roxanne DeFrancesco_____ <br> Roxanne DeFrancesco, Esq. (RD5870) <br> *Admitted Pro Hac Vice* <br> LAW OFFICES OF SYBIL SHAINWALD, P.C. <br> 111 Broadway, Suite 403 <br> New York, NY 10006 | _/s/Janet K. Coleman_____ <br> Janet K. Coleman (Bar No.: 497902) <br> Whitney & Bogris, LLP <br> 401 Washington Avenue <br> Twelfth Floor <br> Towson, MD 21204 <br> ATTORNEYS FOR DEFENDANT <br> MALLINCKRODT, INC. |

-and-

Brandon J. Levine, Esq.
Law Offices of Aaron Levine & Associates
1320 Nineteenth Street, N.W.
5th Floor
Washington, DC 20036
Telephone (202) 833-8040
ATTORNEYS FOR PLAINTIFF
VICTOIRE DUMONT