IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOIRE DUMONT, )<br>)<br>*Plaintiff*, )<br>) Case No. 1:07CV01635<br>v. ) Judge James Robertson<br>)<br>ELI LILLY AND COMPANY, *et al.*, )<br>)<br>)<br>*Defendants*. ) | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Victoire Dumont ("Plaintiff"), and Defendant Ortho-McNeil Pharmaceutical, Inc. (hereinafter "Ortho-McNeil"), have agreed to the dismissal without prejudice of the above-captioned case in its entirety as to Defendant Ortho-McNeil. Further, Plaintiff and Defendant Ortho-McNeil have agreed that Plaintiff and Defendant Ortho-McNeil will bear separately all attorneys' fees and costs arising from the actions of their respective counsel in connection with the above-referenced matter.

WHEREFORE, Plaintiff and Defendant Ortho-McNeil, through their respective counsel, jointly move this Court to dismiss the above-captioned case without prejudice as to Ortho-McNeil each party to bear its own attorneys' fees and costs.

Respectfully submitted,

LAW OFFICES OF SYBIL SHAINWALD

By: /s/ *Roxanne DeFrancesco*
Roxanne DeFrancesco (RD5870)
111 Broadway
4th Floor
New York, NY 10006
*Counsel for Plaintiff*


DRINKER BIDDLE & REATH, LLP

By: /s/ Elizabeth Ewert
Elizabeth Ewert (#479368)
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
Telephone: 202/842-8800
*Counsel for Defendant Ortho-McNeil Pharmaceutical, Inc.*