IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOIRE DUMONT, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 1:07CV01635 |
| v. ) | Judge James Robertson |
| ) | |
| ELI LILLY AND COMPANY, *et al.*, ) | |
| ) | |
| ) | |
| *Defendants*. ) | |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Victoire Dumont ("Plaintiff"), and Defendant Merck & Co., Inc. ("Merck") have agreed to the dismissal without prejudice of the above-captioned case in its entirety as to Defendant Merck. Further, Plaintiff and Defendant Merck have agreed that Plaintiff and Defendant Merck will bear separately all attorneys' fees and costs arising from the actions of their respective counsel in connection with the above-referenced matter.

WHEREFORE, Plaintiff and Defendant Merck, through their respective counsel, jointly move this Court to dismiss the above-captioned case without prejudice as to Merck each party to bear its own attorneys' fees and costs.

Respectfully submitted,

LAW OFFICES OF SYBIL SHAINWALD, P.C.

By: _/s/ Roxanne DeFrancesco_

    Roxanne DeFrancesco (RD5870)
    111 Broadway
    4th Floor
    New York, NY  10006
*Counsel for Plaintiff*

    DRINKER BIDDLE & REATH, LLP

By: _/s/ Elizabeth Ewert_
    Elizabeth Ewert (#479368)
    1500 K Street, N.W., Suite 1100
    Washington, D.C. 20005-1209
    Telephone:  202/842-8800
*Counsel for Defendant Merck & Co., Inc.*