UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOIRE DUMONT, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-1635 (JR) |
| ABBOTT LABORATORIES, INC., *et al.*, | : |
| Defendants. | : |

**MEMORANDUM ORDER**

Plaintiff filed this DES product liability suit against Eli Lilly and fifteen other pharmaceutical defendants on September 17, 2007. Many of those parties appeared and answered, and, on December 7, 2007, Magistrate Judge Kay issued a scheduling order adopting the schedule proposed by the parties. A month later, plaintiff moved to transfer the case to the Eastern District of New York, asserting that New York is the more convenient venue for plaintiff but begging the question why, if that were the case, plaintiff did not file in that venue in the first place. The motion to transfer [41] is **denied**. Pending motions involving discovery are for Magistrate Judge Kay.

JAMES ROBERTSON
United States District Judge