IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOIRE DUMONT, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ABBOTT LABORATORIES, INC., et al., )<br>)<br>Defendants. )<br>) | CIVIL ACTION No. 1:07-CV-01635 (JR) |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Victoire Dumont and Defendant Lannett Company, Inc. hereby stipulate that Plaintiff's claims be and are hereby dismissed *without prejudice* as against Lannett Company, Inc. only.

| | |
|---|---|
| _s/ Roxanne DeFrancesco_<br>Roxanne DeFrancesco, Esq.<br>*Admitted Pro Hac Vice*<br>LAW OFFICES OF SYBIL SHAINWALD, P.C.<br>200 West 57th St., Suite 402<br>New York, NY 10019<br>Phone: (212) 425-5566 | Kathleen Bustraan<br>Kathleen M. Bustraan, Esq.<br>Lord & Whip, P.A.<br>Charles Center South<br>36 South Charles Street, 10th Floor<br>Baltimore, MD 21201<br>ATTORNEYS FOR LANNETT COMPANY, INC. |

-and-

Brandon J. Levine, Esq.
Law Offices of Aaron Levine & Associates
1320 Nineteenth Street, N.W.
5th Floor
Washington, DC 20036
Phone: (202) 833-8040
ATTORNEYS FOR PLAINTIFF
VICTOIRE DUMONT