IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOIRE DUMONT, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ABBOTT LABORATORIES, INC., et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION No. 1:07-CV-01635 (JR) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Victoire Dumont and Defendant Carnrick Laboratories, Inc. n/k/a Elan Pharmaceuticals hereby stipulate that Plaintiff's claims be and are hereby dismissed with prejudice as against Carnrick Laboratories, Inc. n/k/a Elan Pharmaceuticals only.

_s/ Roxanne DeFrancesco_
Roxanne DeFrancesco, Esq.
*Admitted Pro Hac Vice*
LAW OFFICES OF SYBIL SHAINWALD, P.C.
200 West 57th St., Suite 402
New York, NY 10019
Phone: (212) 425-5566

Jaime W. Luse, Esq.
Tydings & Rosenberg, LLP
100 East Pratt Street, Ste 2600
Baltimore, MD 21202
ATTORNEYS FOR CARNRICK
LABORATORIES, INC. n/k/a ELAN
PHARMACEUTICALS

-and-

Brandon J. Levine, Esq.
Law Offices of Aaron Levine & Associates
1320 Nineteenth Street, N.W.
5th Floor
Washington, DC 20036
Phone: (202) 833-8040

ATTORNEYS FOR PLAINTIFF
VICTOIRE DUMONT


SO ORDERED: _____
                            Hon. James Robertson
                            United States District Judge