# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MCGIVNEY & KLUGER, P.C.
William D. Sanders (2511)
23 Vreeland Road, Suite 220
Florham Park, New Jersey 07932
(973) 822-1110
Attorneys for Defendant
William H. Rorer, Inc.

| | |
|---|---|
| VICTOIRE DUMONT, | Case No.: 1:07-CV-01635 (JR)(AK) |
| Plaintiff, | Civil Action |
| vs. | **STIPULATION AND CONSENT ORDER OF DISMISSAL WITH PREJUDICE OF AVNETIS PHARMACEUTICALS PER FRCP 41(a)(2)** |
| ABBOT LABORATORIES, INC., BURROUGHS-WELLCOME & CO., S.E. MASSENGILL, CO., n/k/a GlaxoSmithKline, Inc., CARNICK LABORATORIES, INC., DART INDUSTRIES, INC., ELI LILLY AND COMPANY, KREMERS-URBAN CO., LANNETT CO., INC., MALLINCKRODT, INC., MERCK & CO., INC., MERRELL DOW PHARMACEUTICALS, INC., MCNEIL LAB., INC., n/k/a Ortho-McNeil Pharmaceutical, Inc., PREMO PHARMACEUTICAL LABORATORIES, INC., p/k/a Lemmon Co. of NJ., Inc., RHONE-POULENC RORER PHARMACEUTICALS, INC. p/k/a/ William H. Rorer, Inc., POWELL LABORATORIES, INC., p/k/a Solvay Pharmaceuticals, Inc., E.R. SQUIBB & SONS, INC., and THE UPJOHN COMPANY, | |
| Defendants. | |

This matter having been opened to the Court pursuant to Federal Rule of Civil Procedure 41(a)(2) by plaintiff and defendant Aventis Pharmaceuticals, Inc., f/k/a Rhone-Poulenc Rorer Pharmaceuticals, Inc., a successor in interest to William H. Rorer, Inc. ("Rorer"), by and through their respective attorneys, who hereby stipulate and agree that all plaintiff's claims against Rorer

only, should be dismissed with prejudice, and without costs, and the Court having considered the consent of the parties hereto as evidenced by the signatures of their respective attorneys at the foot hereof, and for good cause shown,

It is on this _____ day of June, 2008 ORDERED:

That plaintiffs' claims against Rorer only be and are hereby dismissed with prejudice and without costs against either party.

SO ORDERED: _____

Hon. James Robertson
United States District Judge

We hereby consent to the form and entry of the within Order:

McGIVNEY & KLUGER, P.C.
23 Vreeland Road
Suite 220
Florham Park, New Jersey 07932
(973) 822-1110
Attorneys for defendant Aventis Pharmaceuticals, Inc., f/k/a Rhone-Poulenc Rorer Pharmaceuticals, Inc., a successor in interest to William H. Rorer, Inc.

By: _/s/_____
William D. Sanders (WS 2511)

Dated:  June 3, 2008

LAW OFFICES OF SYBIL SHAINWALD, P.C.
200 West 57th St., Suite 402
New York, NY 10019
Phone: (212) 425-5566
Attorneys for Plaintiff Victoire Dumont

By:_/s/_____
Roxanne DeFrancesco (RD 5870)
*Admitted Pro Hac Vice*

Dated:  June 3, 2008

----and----

2

Brandon J. Levine, Esq.
Law Offices of Aaron Levine & Associates 1320
Nineteenth Street, N.W.
5th Floor
Washington, DC 20036
Phone: (202) 833-8040
Attorneys for Plaintiff Victoire Dumont