IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VICTOIRE DUMONT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL ACTION No. 1:07-CV-01635 (JR) |
| | ) |
| **ABBOTT LABORATORIES, INC., et al.,** | ) |
| | ) |
| **Defendants**. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Victoire Dumont and Defendant Premo Pharmaceutical Laboratories, Inc. hereby stipulate that Plaintiff's claims be and are hereby dismissed *without prejudice* as against Premo Pharmaceutical Laboratories, Inc. only.

____s/Roxanne DeFrancesco_____
Roxanne DeFrancesco, Esq.
*Admitted Pro Hac Vice*
LAW OFFICES OF SYBIL SHAINWALD, P.C.
200 West 57th St., Suite 402
New York, NY 10019
Phone: (212) 425-5566

_____s/ Sarah Keast_____
Sarah S. Keast, Esq.
Goodwin Proctor, LLP
901 New York Avenue, Suite 900
Washington, D.C. 20001
ATTORNEYS FOR PREMO
PHARMACEUTICAL LABORATORIES, INC.

    -and-

Brandon J. Levine, Esq.
Law Offices of Aaron Levine & Associates
1320 Nineteenth Street, N.W.
5th Floor
Washington, DC 20036
Phone: (202) 833-8040
ATTORNEYS FOR PLAINTIFF
VICTOIRE DUMONT

SO ORDERED:

_____
Hon. James Robertson
United States District Judge