IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VICTOIRE DUMONT,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**ABBOTT LABORATORIES, INC., et al.,** )<br>)<br>**Defendants**. )<br>) | CIVIL ACTION No. 1:07-CV-01635 (JR) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Victoire Dumont and Defendant The Upjohn Company a/k/a Pharmacia and Upjohn Company hereby stipulate that Plaintiff's claims be and are hereby dismissed *without prejudice* as against The Upjohn Company a/k/a Pharmacia and Upjohn Company only.

\_\_s/Roxanne DeFrancesco_____
Roxanne DeFrancesco, Esq.
*Admitted Pro Hac Vice*
LAW OFFICES OF SYBIL SHAINWALD, P.C.
200 West 57th St., Suite 402
New York, NY 10019

\_\_\_s/ Elizabeth Ewert_____
Elizabeth Ewert, Esq.
Drinker, Biddle Reath, LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 2005-1209
ATTORNEYS FOR THE UPJOHN
COMPANY (a/k/a PHARMACIA AND
UPJOHN COMPANY)

-and-

Brandon J. Levine, Esq.
Law Offices of Aaron Levine & Associates
1320 Nineteenth Street, N.W.
5th Floor
Washington, DC 20036
Phone: (202) 833-8040
ATTORNEYS FOR PLAINTIFF
VICTOIRE DUMONT

SO ORDERED: _____
                    Hon. James Robertson
                    United States District Judge