IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VICTOIRE DUMONT,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**ABBOTT LABORATORIES, INC., et al.,** )<br>)<br>**Defendants**. )<br>) | CIVIL ACTION No. 1:07-CV-01635 (JR) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Victoire Dumont and Defendant Defendant Kremers-Urban Co. hereby stipulate that Plaintiff's claims be and are hereby dismissed *without prejudice* as against Kremers-Urban Co. only.

_s/ Roxanne DeFrancesco_____
Roxanne DeFrancesco, Esq.
*Admitted Pro Hac Vice*
LAW OFFICES OF SYBIL SHAINWALD, P.C.
200 West 57th St., Suite 402
New York, NY 10019
Phone: (212) 425-5566

__s/ Robert Kelly_____
Robert M. Kelly, Esq.
Jackson & Campbell, P.C.
1120 20th Street, N.W., Suite 300-South
Washington, D.C. 20036
ATTORNEYS FOR DEFENDANT
KREMERS-URBAN CO.

-and-

Brandon J. Levine, Esq.
Law Offices of Aaron Levine & Associates
1320 Nineteenth Street, N.W.
5th Floor
Washington, DC 20036
Phone: (202) 833-8040
ATTORNEYS FOR PLAINTIFF
VICTOIRE DUMONT

SO ORDERED: _____
          Hon. James Robertson
          United States District Judge