## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VICTOIRE DUMONT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **CIVIL ACTION No. 1:07-CV-01635 (JR)** |
| ) | |
| ) | |
| **ABBOTT LABORATORIES, INC., et al.,** ) | |
| ) | |
| **Defendants**. ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Victoire Dumont, hereby notices that Plaintiff's claims be and are hereby dismissed ***without prejudice*** as against Abbott Laboratories, Inc., Merrell Dow Pharmaceuticals, and  Rowell Laboratories, Inc.


___*s/ Roxanne DeFrancesco*_____
Roxanne DeFrancesco, Esq. (RD5870)
*Admitted Pro Hac Vice*
Law Offices of Sybil Shainwald, P.C.
200 West 57th Street, Suite 402
New York, NY 10019
(212) 428-5566

-and-

Brandon J. Levine, Esq.
Law Offices of Aaron Levine & Associates
1320 Nineteenth Street, N.W.
5th Floor
Washington, DC 20036
(202) 833-8040
ATTORNEYS FOR PLAINTIFF
VICTOIRE DUMONT