# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VICTOIRE DUMONT,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**ABBOTT LABORATORIES, INC., et al.,** )<br>)<br>**Defendants**. )<br>) | **CIVIL ACTION No. 1:07-CV-01635 (JR)** |

## STIPULATION AND MOTION TO DISMISS WITHOUT PREJUDICE

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Victoire Dumont and Defendant Eli Lilly and Company hereby stipulate that Plaintiff's claims be and are hereby dismissed *without prejudice* as against Eli Lilly and Company based upon the following conditions:

(a) The case will not be refiled in DC;
(b) If the case is refiled, it must be refiled in federal court;
(c) If the case is refiled, the newly filed Complaint must be accompanied by the documents and information plaintiff was ordered to produce in Judge Kay's May 19, 2008 Order granting Lilly's Motion to Compel.

WHEREFORE, plaintiff and defendant Eli Lilly and Company respectfully request that this Court enter the attached Order of Dismissal without Prejudice and grant such other relief as the Court may deem just and proper.

| | |
|---|---|
| /s/ Roxanne DeFrancesco<br>Roxanne DeFrancesco, Esq. (RD5870)<br>*Admitted Pro Hac Vice*<br>LAW OFFICES OF SYBIL SHAINWALD, P.C.<br>200 West 57th St., Suite 402<br>New York, NY 10019<br>-and- | /s/ John Chadwick Coots<br>John Chadwick Coots, Esq. (DC # 461979)<br>SHOOK, HARDY & BACON, L.L.P<br>600 14th Street, N.W., Suite 800<br>Washington, DC 20005-2004<br>Phone: (202) 783-8400; fax (202) 783-4211<br>ATTORNEYS FOR DEFENDANT |

148568v1

                    ELI LILLY AND COMPANY

Brandon J. Levine, Esq.
Law Offices of Aaron Levine & Associates
1320 Nineteenth Street, N.W.
5th Floor
Washington, DC 20036
Telephone (202) 833-8040

ATTORNEYS FOR PLAINTIFF
VICTOIRE DUMONT

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 3rd day of June, 2008, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

Sybil Shainwald
Roxanne DeFrancesco
Law Offices of Sybil Shainwald
111 Broadway, 4th Floor
New York, NY 10006
**Attorneys for Plaintiff**

Craig C. Reilly
111 Oronoco Street
Alexandria, VA 22314
**Attorneys for Dart Industries, Inc.**

Elizabeth Ewert
Drinker, Biddle Reath, LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 2005-1209
**Attorneys for Upjohn Company**

Janet Coleman
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204
**Attorneys for S.E. Massengill Co.**

Kathleen M. Bustraan
Lord & Whip, P.A.
Charles Center South
36 South Charles Street, 10th Floor
Baltimore, MD 21201
**Attorneys for Lannett Company, Inc.**

Jennifer Gardner Levy
Kirkland & Ellis
655 15th Street, N.W.
Washington, D.C. 20005-5793
**Attorneys for Abbott Laboratories, Inc.**

Sarah S. Keast
Goodwin Proctor, LLP
901 New York Avenue, Suite 900
Washington, D.C. 20001
**Attorneys for Premo Pharmaceutical Laboratories, Inc.**

Robert M. Kelly
Jackson & Campbell, P.C.
1120 20th Street, N.W., Suite 300-South
Washington, D.C. 20036
**Attorneys for Defendant Kremers-Urban Co.**

Gerry H. Tostanoski
Jaime W. Luse
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, MD 21202
**Attorneys for Carnick Laboratories, Inc. n/k/a/ Elan Pharmaceuticals**

148568v1

William David Sanders
McGivney & Kluger, P.C.
23 Vreeland Road, Suite 220
Florham, NJ 07932
**Attorneys for Rhone-Poulenc Rorer**
**Pharmaceuticals, Inc.**

/s/ John Chadwick Coots
**ATTORNEY FOR DEFENDANT**
**ELI LILLY AND COMPANY**

148568v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VICTOIRE DUMONT,** ] <br> ] <br> **Plaintiff,** ] <br> ] <br> v. ] <br> ] <br> **ABBOTT LABORATORIES, INC., et al.,** ] <br> ] <br> **Defendants.** ] | Civil Action No. 07-CV-01635 (JR/AK) <br><br> ORDER |

___

Upon consideration of the Stipulation and Motion of Plaintiff Victoire Dumont and Defendant Eli Lilly and Company to Dismiss Without Prejudice on the following conditions:

    (a)   The case will not be refiled in DC;
    (b)   If the case is refiled, it must be refiled in federal court;
    (c)   If the case is refiled, the newly filed Complaint must be accompanied by the documents and information plaintiff was ordered to produce in Judge Kay's May 19, 2008 Order granting Lilly's Motion to Compel.

IT IS HEREBY ORDERED that the Motion is granted and Plaintiff Victoire Dumont's Complaint is dismissed as against Defendant Eli Lilly and Company Without Prejudice subject to the conditions set forth above.


Dated: _____, 2008            _____
                                                                         The Honorable James Robertson
                                                                         United States District Judge