UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOIRE DUMONT | * |
| Plaintiff | * |
| v. | *   Civil Action No. 07-CV-1635 (JR) |
| ELI LILLY & COMPANY, et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \*

**PRAECIPE OF DISMISSAL WITH PREJUDICE**

Mr. Clerk:

Please be advised that the Plaintiffs in the above-captioned case, acting through their counsel, the Law Office of Sybil Shainwald, and the Defendant, Bristol-Myers Squibb Company, acting through its attorneys, Sidney G. Leech and Goodell, DeVries, Leech & Dann, LLP, have reached a settlement agreement in the above-captioned case. These parties agree to the dismissal "with prejudice" of the above-captioned case.

_/s/ Sybil Shainwald_
Sybil Shainwald, Esq.
Law Office of Sybil Shainwald
200 West 57th Street, Suite 402
New York, NY 10019

-and-

Aaron M. Levine
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
202-833-8040
*Attorneys for Plaintiffs*

_/s/ Sidney G. Leech_
Sidney G. Leech, Esq.
D.C. Bar No.: 359071
Goodell, DeVries, Leech & Dann, LLP
Baltimore, Maryland 21202
410-783-4000
*Attorneys for Defendant Bristol-Myers Squibb Company*