UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOIRE DUMONT,  )<br>  )<br>       Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ABBOTT LABORATORIES, INC., et al.,  )<br>  )<br>       Defendants.  ) | Civil Action No. 1:07cv01635<br><br>Judge James Robertson |

### STIPULATED ORDER OF DIMISSAL FOR
### DART INDUSTRIES, INC. WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of the plaintiff, Victoire Dumont, and defendant Dart Industries, Inc. (formerly known as Rexall Drug Company), that the above-entitled action be dismissed with prejudice as against Dart Industries, Inc. and without costs to any party hereto as against the other.

### STIPULATED AND AGREED TO:

/s/ Aaron M. Levine
Aaron M. Levine
D.C. Bar # 7864
AARON M. LEVINE & ASSOCIATES
1320 19th Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 833-8040
*Counsel for plaintiff*

/s/ Craig C. Reilly
Craig C. Reilly
D.C. Bar # 383594
111 Oronoco Street
Alexandria, VA 22314
(703) 549-5354
*Counsel for defendant
Dart Industries, Inc.*